**Ava Cowan**
In Propria Persona
501 Rolling Rd. Drive
Franklin, KY 42134
786-290-7139
avacowan@gmail.com

Prepared for Plaintiff:
**Elzira Thornton-El**

**n/s**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ELZIRA THORNTON-EL,

PLAINTIFF,

V .

**FILED**
CLERK, U.S. DISTRICT COURT

04/09/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ GSA _____ DEPUTY

BRECKENRIDGE PROPERTY FUND 2016 LLC, ET AL.,

DEFENDANTS.

CASE NO.: [LEAVE BLANK FOR CLERK]    **2:25-cv-03116-VBF-PD**

**VERIFIED COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND MONETARY RELIEF**

1

**JURY TRIAL DEMANDED**

PLAINTIFF ELZIRA THORNTON-EL, IN PROPRIA PERSONA, FILES THIS VERIFIED COMPLAINT AND ALLEGES AS FOLLOWS:

**I. JURISDICTION AND VENUE**

1. THIS COURT HAS JURISDICTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION), 28 U.S.C. § 1343 (CIVIL RIGHTS), 42 U.S.C. § 1983, 18 U.S.C. §§ 1961–1968 (RICO), AND SUPPLEMENTAL JURISDICTION UNDER 28 U.S.C. § 1367.

2. VENUE IS PROPER UNDER 28 U.S.C. § 1391(B) BECAUSE THE EVENTS AND PROPERTY IN QUESTION ARE LOCATED IN THIS DISTRICT.

**II. PARTIES**

3. PLAINTIFF ELZIRA THORNTON-EL IS AN ELDERLY RESIDENT OF LOS ANGELES COUNTY AND TRUST BENEFICIARY OF THE SUBJECT PROPERTY.

4. DEFENDANT BRECKENRIDGE PROPERTY FUND 2016 LLC IS A CALIFORNIA CORPORATION WITH ITS PRINCIPAL PLACE OF BUSINESS AT 2015 MANHATTAN BEACH BLVD #100, REDONDO BEACH, CA 90278.

5. DEFENDANT UNITED WHOLESALE MORTGAGE IS A MICHIGAN-BASED MORTGAGE LENDER LOCATED AT 585 SOUTH BOULEVARD EAST, PONTIAC, MI 48341.

6. DEFENDANT UNITED SHORE FINANCIAL SERVICES LLC OPERATES FROM THE SAME ADDRESS AS UNITED WHOLESALE MORTGAGE.

7. DEFENDANT CENLAR FSB IS A FEDERALLY CHARTERED LOAN SERVICER WITH AN ADDRESS AT 425 PHILLIPS BLVD, EWING, NJ 08618.

8. DEFENDANT QUALITY LOAN SERVICE CORP. IS A FORECLOSURE TRUSTEE COMPANY LOCATED AT 2763 CAMINO DEL RIO SOUTH, SUITE 200, SAN DIEGO, CA 92108.

9. DEFENDANT LAW OFFICES OF SAM CHANDRA, APC IS A LAW FIRM REPRESENTING FORECLOSURE DEFENDANTS, LOCATED AT 710 SOUTH MYRTLE AVENUE, SUITE 600, MONROVIA, CA 91016.

10. DEFENDANT MATT ISHBIA IS THE CEO OF UNITED WHOLESALE MORTGAGE AND UNITED SHORE FINANCIAL SERVICES LLC.

11. DEFENDANT SAM CHANDRA IS THE ATTORNEY REPRESENTING BRECKENRIDGE PROPERTY FUND 2016 LLC IN STATE COURT.

3

12. DEFENDANT SHERIFF WATTS IS EMPLOYED BY THE LOS ANGELES COUNTY

SHERIFF'S DEPARTMENT, CIVIL DIVISION, 110 N. GRAND AVE, LOS ANGELES, CA

90012.

13. DOE DEFENDANTS 1–100 ARE INDIVIDUALS AND ENTITIES WHOSE IDENTITIES

ARE CURRENTLY UNKNOWN BUT WHOSE ACTIONS CONTRIBUTED TO THE HARM

ALLEGED HEREIN.

**III. FACTUAL BACKGROUND**

14. PLAINTIFF INHERITED THE SUBJECT PROPERTY AS PART OF AN ANCESTRAL

ESTATE, HELD IN TRUST.

15. ON JUNE 14, 2021, PLAINTIFF SENT AN AFFIDAVIT OF DISPUTE TO UNITED

WHOLESALE MORTGAGE REGARDING THE VALIDITY OF THE DEBT. NO

RESPONSE WAS RECEIVED. (SEE EXHIBIT A).

16. ON SEPTEMBER 13, 2021, PLAINTIFF MAILED A NOTICE OF DEFAULT AND

MEMORANDUM OF TRUST TO CEO MATT ISHBIA. AGAIN, NO RESPONSE. (SEE

EXHIBITS B & C).

17. IN EARLY 2022, AN UNSIGNED LETTER WAS RECEIVED INDICATING THE LOAN WAS PAID IN FULL, YET NO RELEASE OF LIEN OR SATISFACTION NOTICE WAS PROVIDED. (SEE EXHIBIT D).

18. DESPITE THIS, IN JULY 2023, CENLAR FSB CONDUCTED A NONJUDICIAL FORECLOSURE AND TRANSFERRED TITLE TO BRECKENRIDGE. (SEE EXHIBIT E).

19. A QUIET TITLE CASE WAS FILED BY BRECKENRIDGE IN SUPERIOR COURT; A HEARING WAS MOVED WITHOUT NOTICE FROM MARCH 27 TO MARCH 1, 2024. (SEE EXHIBITS F & G).

20. PLAINTIFF SUBMITTED NUMEROUS FILINGS INCLUDING A WRIT OF QUO WARRANTO, WRIT OF ERROR, ALLODIAL DEED, APOSTILLE, AND IRS POWER OF ATTORNEY, ALL IGNORED. (SEE EXHIBITS H–K).

21. ON AUGUST 1, 2024, SHERIFF WATTS VISITED PLAINTIFF'S HOME WITH A 10-DAY EVICTION NOTICE. (SEE EXHIBIT L).

22. ON FEBRUARY 5, 2025, PLAINTIFF WAS FORCIBLY EVICTED. (SEE EXHIBIT M).

23. PLAINTIFF IS ELDERLY, MEDICALLY VULNERABLE, AND SUFFERED HARM TO HER PERSON, TRUST INTEREST, AND CONSTITUTIONAL RIGHTS AS A RESULT OF THIS SYSTEMIC ABUSE.

## IV. CLAIMS FOR RELIEF

- COUNT I: FDCPA (15 U.S.C. § 1692)

- COUNT II: RESPA (12 U.S.C. § 2605)

- COUNT III: TILA (15 U.S.C. § 1641)

- COUNT IV: CAL. CIV. CODE § 2924

- COUNT V: ELDER FINANCIAL ABUSE (WIC § 15610.30)

- COUNT VI: CONSTITUTIONAL VIOLATIONS (1ST, 4TH, 5TH, 14TH AMENDMENTS)

- COUNT VII: CIVIL RICO (18 U.S.C. §§ 1962(C), (D))

EACH COUNT SHOULD RE-ALLEGE PARAGRAPHS AND SPECIFY FACTS +

CITATIONS.

## V. PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY REQUESTS THAT THIS COURT GRANT

THE FOLLOWING RELIEF:

A. ISSUE A DECLARATORY JUDGMENT THAT THE FORECLOSURE, EVICTION, AND

TRANSFER OF TITLE WERE UNLAWFUL AND VOID.

B. GRANT A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PREVENTING DEFENDANTS FROM SELLING, TRANSFERRING, OR OTHERWISE PROFITING FROM THE SUBJECT PROPERTY.

C. QUIET TITLE IN FAVOR OF PLAINTIFF AND RESTORE HER LEGAL AND EQUITABLE INTEREST IN THE SUBJECT PROPERTY.

D. AWARD COMPENSATORY DAMAGES IN AN AMOUNT TO BE DETERMINED AT TRIAL.

E. AWARD TREBLE DAMAGES UNDER RICO (18 U.S.C. § 1964(C)).

F. AWARD STATUTORY DAMAGES UNDER FDCPA, RESPA, AND TILA.

G. AWARD PUNITIVE DAMAGES AGAINST ALL DEFENDANTS FOR WILLFUL AND MALICIOUS MISCONDUCT.

H. AWARD ATTORNEY FEES AND COSTS (IF COUNSEL IS LATER RETAINED) PURSUANT TO APPLICABLE STATUTES.

I. REFER THE MATTER TO THE U.S. DEPARTMENT OF JUSTICE, CFPB, AND IRS FOR CIVIL AND CRIMINAL INVESTIGATION.

J. GRANT SUCH OTHER AND FURTHER RELIEF AS THIS COURT DEEMS JUST AND PROPER.

**VI. VERIFICATION**

I, ELZIRA THORNTON-EL, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED ON MARCH 27, 2025.

_El 6, April 2025_

WOP

ELZIRA THORNTON-EL

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  County of _Los Angeles_ }ss.
On _04/06/2025_ before me, Madeline Reynolds, Notary Public, personally appeared _ELZIRA THORNTON EL_ _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.    WITNESS my hand and official seal.

_Madeline Reynolds_
MAdeline Reynolds, NoTARy Public

MADELINE REYNOLDS
Notary Public - California
Los Angeles County
Commission # 2381097
My Comm. Expires Oct 31, 2025

8

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

On _04/06/2025_ before me, _Madeline Reynolds, Notary Public_
　　　Date　　　　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared _ELZIRA Thornton EL_
　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**MADELINE REYNOLDS**
Notary Public - California
Los Angeles County
Commission # 2381097
My Comm. Expires Oct 31, 2025

Signature _Madeline Reynolds_
　　　　　　　Signature of Notary Public

Place Notary Seal and/or Stamp Above

───────────── OPTIONAL ─────────────

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document _and Monetary relief_
Title or Type of Document: _Verified Complaint for Declaration, Injunctive_
Document Date: _04/06/2025_　　　　　　　Number of Pages: _____
Signer(s) Other Than Named Above: _____

Capacity(ies) Claimed by Signer(s)　　　_EL_
Signer's Name: _ELZIRA Thornton_　　　Signer's Name: _____
☐ Corporate Officer – Title(s): _____　☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General　　☐ Partner – ☐ Limited ☐ General
☐ Individual　☐ Attorney in Fact　　☐ Individual　☐ Attorney in Fact
☒ Trustee　☐ Guardian of Conservator　☐ Trustee　☐ Guardian of Conservator
☐ Other: _____　　　　　☐ Other: _____
Signer is Representing: _____　　Signer is Representing: _____

©2017 National Notary Association

**Ava Cowan**
In Propria Persona
501 Rolling Rd. Drive
Franklin, KY 42134
786-290-7139
avacowan@gmail.com

Prepared for Plaintiff:
**Elzira Thornton-El**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ELZIRA THORNTON-EL,

PLAINTIFF,


V.


BRECKENRIDGE PROPERTY FUND 2016 LLC, ET AL.,

DEFENDANTS.


CASE NO.: [LEAVE BLANK FOR CLERK]


**EXHIBIT LIST**

**ELZIRA THORNTON-EL V. BRECKENRIDGE PROPERTY FUND 2016 LLC, ET AL.**

1

**U.S. DISTRICT COURT – CENTRAL DISTRICT OF CALIFORNIA**

**CASE NO.: [TO BE ASSIGNED]**

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|
| A | AFFIDAVIT OF DISPUTE SERVED ON UNITED WHOLESALE MORTGAGE | JUNE 14, 2021 |
| B | NOTICE OF DEFAULT | SEPTEMBER 13, 2021 |
| C | MEMORANDUM OF TRUST AND SERVICE TO CEO MATT ISHBIA | SEPTEMBER 13, 2021 |
| D | UNSIGNED CORRESPONDENCE INDICATING LOAN PAID IN FULL | EARLY 2022 |
| E | NONJUDICIAL FORECLOSURE AND TITLE TRANSFER TO BRECKENRIDGE | JULY 2023 |
| F | SUPERIOR COURT QUIET TITLE HEARING NOTICE | MARCH 2024 |
| G | TIMELINE GRAPHIC AND PROCEDURAL INCONSISTENCIES | 2023–2025 |
| H | WRIT OF QUO WARRANTO | VARIOUS DATES |
| I | WRIT OF ERROR | VARIOUS DATES |

| EXHIBIT | DESCRIPTION | DATE |
|---------|-------------|------|
| J | ALLODIAL DEED | VARIOUS DATES |
| K | APOSTILLE AND IRS POWER OF ATTORNEY | VARIOUS DATES |
| L | AUGUST 1, 2024, EVICTION NOTICE FROM SHERIFF WATTS | AUGUST 1, 2024 |
| M | FINAL EVICTION CARRIED OUT BY SHERIFF'S DEPARTMENT | FEBRUARY 5, 2025 |
| N | VISUAL TIMELINE GRAPHIC | PREPARED 2025 |

3

**Ava Cowan**
In Propria Persona
501 Rolling Rd. Drive
Franklin, KY 42134
786-290-7139
avacowan@gmail.com

Prepared for Plaintiff:
**Elzira Thornton-El**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ELZIRA THORNTON-EL,

PLAINTIFF,

V.

BRECKENRIDGE PROPERTY FUND 2016 LLC, ET AL.,

DEFENDANTS.

CASE NO.: [LEAVE BLANK FOR CLERK]

EXHIBIT INDEX

1

**THE FOLLOWING IS A LIST OF EXHIBITS SUBMITTED IN SUPPORT OF**

**PLAINTIFF'S VERIFIED COMPLAINT AND EMERGENCY MOTION FOR**

**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION:**

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| A | AFFIDAVIT OF DISPUTE MAILED TO UNITED WHOLESALE MORTGAGE (6/14/2021) |
| B | NOTICE OF DEFAULT SENT TO MATT ISHBIA, CEO OF UWM |
| C | MEMORANDUM OF TRUST (WITH ATTACHMENTS) |
| D | UWM LETTER OF SATISFACTION |
| E | TRUSTEE SALE NOTICE AND RELATED DOCUMENTS (CENLAR) |
| F | BRECKENRIDGE QUIET TITLE COMPLAINT (STANLEY MOSK SUPERIOR COURT) |
| G | ADVANCED HEARING NOTICE – STANLEY MOSK (3/1/2024) |
| H | WRIT OF QUO WARRANTO |
| I | WRIT OF ERROR – JURISDICTIONAL CHALLENGE |
| J | APOSTILLED ALLODIAL DEED |
| K | IRS POWER OF ATTORNEY (POA) |
| L | SHERIFF EVICTION NOTICE (8/1/2024) |
| M | FINAL EVICTION / LOCKOUT DOCUMENTATION (2/5/2025) |
| N | TIMELINE GRAPHIC OF EVENTS |

RESPECTFULLY SUBMITTED,

[signature] El 6 April 2025

ELZIRA THORNTON-EL

IN PROPRIA PERSONA

DATED: MARCH 27, 2025

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California County of ____________ )ss.
On ____________ before me, Madeline Reynolds, Notary Public, personally appeared ____________ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California County of Los Angeles )ss.
On 4/6/2025 before me, Madeline Reynolds, Notary Public, personally appeared ELZIRA THORNTON EL who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Madeline Reynolds
MADELINE REYNOLDS, NOTARY PUBLIC

MADELINE REYNOLDS
Notary Public - California
Los Angeles County
Commission # 2381097
My Comm. Expires Oct 31, 2025

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

On _4/6/2025_ before me, _Madeline Reynolds, Notary Public_
　　　　Date　　　　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared _ELZIRA THORNTON EL_
　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MADELINE REYNOLDS
Notary Public - California
Los Angeles County
Commission # 2381097
My Comm. Expires Oct 31, 2025

Signature _Madeline Reynolds_
　　　　　　　　Signature of Notary Public

Place Notary Seal and/or Stamp Above

─────── OPTIONAL ───────

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _EXHIBIT Index_

Document Date: _04/06/2025_　　　　　　　Number of Pages: ___

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _ELZIRA THORNTON EL_　　Signer's Name: _____
☐ Corporate Officer – Title(s): ___　　　☐ Corporate Officer – Title(s): ___
☐ Partner – ☐ Limited ☐ General　　　　☐ Partner – ☐ Limited ☐ General
☐ Individual　　☐ Attorney in Fact　　　☐ Individual　　☐ Attorney in Fact
☐ Trustee　　　☐ Guardian of Conservator　☐ Trustee　　　☐ Guardian of Conservator
☐ Other: _____　　　　　　　　☐ Other: _____
Signer is Representing: _____　　　Signer is Representing: _____

©2017 National Notary Association





UNITED STATES POSTAL SERVICE®

EMS

PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP13F October 2023
OD: 12 1/2 x 9 1/2

PS10001000006

GUARANTEED* ▪ TRACKED ▪ INSURED



For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

  

Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America / 'The North Gate'

℘ ~ 'Temple of the Moon and Sun' ~ ℘

℘ ~ Societas Republicae Ea Al Maurikanos ~ ℘

The True and De jure Natural Peoples ~ Heirs of the Land

## Affidavit of Dispute

International Document

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

May 24, 2021

Exhibit: A

Mat Ishbia, (acting as) President · Chief Executive Officer
UNITED WHOLESALE MORTGAGE (Inc.)
585 South Blvd E.
Pontiac, Michigan republic [near. 48341]

RE: Account number 0144794658; and Misrepresented Instrument – Bill of Attainder · Foreign Bill of Exchange titled Loan Statement dated March 8, 2021.

### Stare Decisis Law

*"Fraud vitiates the most solemn contracts, documents, and even judgments."* See United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93

I am in receipt of the unsigned misrepresented instrument – bill of attainder foreign bill of exchange titled Loan Statement dated March 8, 2021, and several other similar instruments regarding account number 0144794658 from an unidentified mystery person representative of your foreign corporate entity UNITED WHOLESALE MORTGAGE (Inc.). Such instruments are addressed to the artificial corporate person / nom de guerre ELZIRA M WILBURN (race: black) regarding an alleged loan in the amount of $282,263.04. Your "Loan Statement" instrument is spurious and constitutes evidence of inducement to fraud. See Exhibit: A1 attached hereto.

You're "Loan Statement" instrument and claim of an alleged loan in the amount of $282,263.04 is hereby disputed in accordance with my prerequisite due process rights.

Before you intend to enforce or compel me to an alleged debt, you must first show that you are the 'holder-in-due-course' of an original (not copy) valid and verifiable 'Loan Agreement' mutually made between you or an authorized representative of your foreign company, UNITED WHOLESALE MORTGAGE (Inc.), and I (ex rel. ELZIRA M WILBURN) upon which the alleged debt is made. Furthermore, pursuant to the 'Best Evidence Rule' you must also be willing to produce the original 'loan agreement' before trying to enforce the alleged debt. See Black's Law Dictionary, 5 Ed., Page 146:

> *Best Evidence Rule. The "best evidence rule" prohibits the introduction into evidence of secondary evidence unless it is shown that original document has been lost or destroyed or is beyond jurisdiction of court without fault of the offering party; if original document is lost, then secondary evidence is properly admissible. State v. Stephens, Mo.App., 556 S.W.2d 722, 723, Fed.R.Evid. 1002 states the basic rule as follows: "To prove the content of a writing, recording, or photograph, the original writing, recording, or photograph is required, except as otherwise provided in these rules or by Act of Congress."*

### Declaration of Nationality - Citizenship and Status

For the record, I am Elzira Thornton-El, a natural person, in full life, in propria persona, sui juris, in solo proprio. My nationality / citizenship is Moorish American, being an aboriginal and indigenous heiress apparent and national of the Moroccan Empire at North-West Amexem / North America. In accordance with my treaty rights to consular jurisdiction, I am a foreign national inhabitant at the California republic, and authorized representative, ex rel. ELZIRA WILBURN

2

ELLZIRA M. WILBURN, a fictitious corporate person – nom de guerre. My treaty rights are secured under the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, which is the 'supreme law of the land' under Article VI, clause 2 of the Constitution for the United States of North America.

### Discovery and Disclosure

You are hereby commanded to produce to me via certified mail the following for full disclosure purposes:

1. The certified copy of the alleged 'loan agreement' (exposing the front and back) with my signature complete with any affixations or allocations attached to the same for endorsements;

2. All bookkeeping journal entries and records associated with the alleged 'loan agreement'; and

3. Evidence of 'Allodial Title' or 'Aboriginal Title' to the property known 1056 W 52 Street, Los Angeles, California, which would verify you and / or any of the stockholders of your foreign company, UNITED WHOLESALE MORTGAGE (Inc.), to be the absolute owner of such property having the right to lease it and / or sell it; and

4. The specific specie that you are accepting as "payment" for the alleged debt balance of $282,263.04:

   a. either gold and silver coins which is the lawful money (dollars) used to pay a debt per Article 1, section 10, clause 1 of the Constitution for the United States of North America; or

   b. private corporate commercial paper (Federal Reserve Notes) and securities (Checks) which are unconstitutional, unlawful, and do not constitute payment.

### Days to Answer

You have **five (5) days** from your receipt of this Affidavit of Dispute to answer and produce the above commanded evidence, and to rebut this affidavit, point-by-point, on a written affidavit signed under penalty of perjury. This is my 'Good Faith' attempt to clear up any misrepresentations or confusion concerning your spurious 'Loan Statement' instrument.

Your failure to answer and to produce the above evidence constitutes default, and stands as evidence of your admission by silence to fraud in the inducement, and conclusive proof of you and any other authorized representative of your foreign company, UNITED WHOLESALE MORTGAGE (Inc..) having no valid claim. Upon your default, you agree to immediately cease and desist any and all further colorable actions regarding this matter. I do not under any circumstance waive or abandon any of my treaty rights to consular jurisdiction.

**NO COLLECTION CAN BE TAKEN BY YOU OR YOUR AGENT(S)** during this validation period!

## Affidavit

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Affidavit of Dispute is true and correct to the best of my knowledge and honorable intent.

Executed this _____ day of _____, 2021.

Affiant: Elzira Thornton-El, de jure
in propria persona, sui juris, in solo proprio
authorized representative, ex rel.
ELZIRA WILBURN;
All Rights Reserved.
C/o 1056 W 52nd Street
Los Angeles, California republic [Zip Exempt]

4

Maghrib al Aqşá.
North-West Amexen.

Duly subscribed and affirmed on this ____11ᵗʰ____ day of ____June____, 1443 M.C.Y.

[C.C.Y. 2021], before me, a Wazir [Notary Public] of Morocco at the California state republic.

WITNESS my hand and official seal:

_____

Wazir [Notary Public]; All Rights Reserved.

_____

(Printed Appellation)

**UWM**
UNITED WHOLESALE MORTGAGE
PO Box 77404
Ewing, NJ 08628
STATEMENT ENCLOSED

**Loan Statement**

| | |
|---|---|
| Statement Date: | 03/08/21 |
| Account Number: | 0144794658 |
| Payment Due Date | 04/01/21 |
| **Amount Due** | **$1,400.81** |

*If payment is received after 04/16/21, $40.00 late fee will be charged.*

*Exhibit: A1*

**Contact Us**

Customer Service/Pay By Phone: 855-753-6201
Website: uwm.loanadministration.com

*Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77422 Ewing NJ 08628*

*051◄658 65001◄2376 0◄56 3T_001◄700 J0 AFGML9 P1 US*
ELZIRA M WILBURN
1056 W 52ND ST
Los Angeles CA 90037-3512

*Evidence of fictitious corporate name/nom de guerre, false identity misrepresentation, denationalization, and fraud in the inducement*

**Account Information**

| | |
|---|---|
| Property Address: | 1056 W 52ND ST LOS ANGELES, CA 90037 |
| Outstanding Principal | $282,263.04 |
| Escrow Balance | $769.41 |
| Maturity Date | October 2050 |
| Interest Rate | 3.2500% |
| Prepayment Penalty | NONE |

**Explanation of Amount Due**

*If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.*

| | |
|---|---|
| Principal | $475.88 |
| Interest | $764.46 |
| Escrow (for Taxes and Insurance) | $160.47 |
| Other | $0.00 |
| **Current Payment Due 04/01/21** | **$1,400.81** |
| Total Fees Charged Since Last Statement | $0.00 |
| Overdue Amount | $0.00 |
| **Total Amount Due** | **$1,400.81** |

**Transaction Activity (03/09/2021 to 03/08/2021)**

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 03/08/21 | 03/08/21 | 03/08/21 PAYMT - THANK YOU | | $1,400.81 |
| 03/08/21 | 03/08/21 | ADDL PRIN | | $60.00 |

**Past Payments Breakdown**

*Unapplied funds represent funds that are held in suspense awaiting loan application. If this amount represents a partial payment your payment will be applied upon receipt of the amount required to complete your payment.*

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $534.43 | $1,738.59 |
| Interest | $765.91 | $2,302.43 |
| Escrow (Taxes and Insurance) | $160.47 | $481.41 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | $0.00 | $0.00 |
| Total | $1,460.81 | $4,522.43 |

**IMPORTANT MESSAGES**

Your Taxes Paid in 2020 = $358.25,  Your Interest Paid in 2020 = $1,770.70

*Evidence of fraud and swindles under Title 18 USC 1341*

United Wholesale Mortgage, a division of United Shore Financial Services, LLC  NMLS #3038

**See Reverse Side For Additional Important Information**  *Please return this portion with your payment*

Elzira M Wilburn
1056 W 52nd St
Los Angeles CA 90037-3512

Make Checks Payable To
**United Wholesale Mortgage**

*Check this box if your address or financial information has been updated on the reverse of this payment coupon.*

| | | |
|---|---|---|
| Payment Due Date: | 04/01/21 | |
| Current Payment | $1,400.81 | |
| Past Due Amount | $0.00 | |
| Unpaid Late Charges | $0.00 | |
| Other Fees | $0.00 | |
| **TOTAL AMOUNT DUE:** | **$1,400.81** | |
| After 04/16/21: Pay | $1,440.81 | |
| Late Charge | $ | |
| Additional Principal | $ | |
| Additional Escrow | $ | |
| Other Fees | $ | |
| Total Amount Paid | $ | |

Account Number:
0144794658

Amount Enclosed $

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink.*

033000001447946580QJ0US251000001400810000014283000001400810000006202

# EXHIBIT: A1

**USPS Tracking®**

FAQs >

Tracking Number:

Remove X

**70200640000117992415**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:16 am on June 24, 2021 in PONTIAC, MI 48341.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: MAT IShbia President/Chief Executive office UNITED WHOLESALE MORTGAGE (INC.) • Affidavit of Dispute [Ex:A] | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No |
| 9590 9402 6658 1060 6288 22 | 3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7020 0640 0001 1799 2415 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Mat Ishbia President/Chief Executive Officer
585 South Blvd E
Pontiac, Michigan Replu Wear 483417

8



9







Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America / 'The North Gate'

❧ ~ 'Temple of the Moon and Sun' ~ ☙

❧ ~ Societas Republicae Ea Al Maurikanos ~ ☙

The True and De jure Natural Peoples ~ Heirs of the Land

Affidavit of Fact

## Notice of Default

International Document

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

Exhibit: B

Mat Ishbia, (acting as) President / Chief Executive Officer
UNITED WHOLESALE MORTGAGE (Inc.)
585 South Blvd E.
Pontiac, Michigan republic [near. 48341]

Additional Mailing Location:
P.O. Box 77423
Ewing, New Jersey republic [near. 08628]

RE: Affidavit of Dispute [Exhibit: A]; misrepresented instruments – foreign bills of exchange titled DELINQUENT NOTICE dated June 17, 2021, and June 18, 2021.

I am in receipt of your two (2) misrepresented instruments – foreign bills of exchange titled DELINQUENT NOTICE dated June 17, 2021, and June 18, 2021. However, your instruments are

10

spurious and does not constitute an answer to my dispute because the sender is not properly identified on either of the instruments (Loan Servicing Department is not the sender) nor is there a signature thereto, and both instruments are addressed to the fictitious corporate person / nom de guerre inscribed in ALL CAPS, i.e., ELZIRA M WILBURN and not me which constitutes evidence of fraud in the inducement. See **EXHIBITS: B1** and **B2** attached hereto; and see **United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93** *("Fraud vitiates the most solemn contracts, documents, and even judgments.")*.

On June 24, 2021, you were served process at your present address via United States Postmaster – certified mail (article number 7020 0640 0001 1799 2415) with the Affidavit of Dispute [Exhibit: A], and was given five (5) days from that date to answer and prove your claim in accordance with the prerequisites of my due process rights secured by the 5th Amendment of the Constitution for the United States of North America. As of this date you have waived your due process rights by failing to answer and prove your claim of an allege debt which constitutes default.

Your default stands as conclusive evidence of your admission by silence to you committing acts of fraud in the inducement. Your default also stands as conclusive proof of you having no valid claim, and your instruments as well as account / loan number 0144794658 being unconstitutional, notwithstanding, null and void ab initio, and unenforceable for lack of jurisdiction and fraud.

I am now seeking the following damages from you, Mat Ishbia, and all other representatives of UNITED WHOLESALE MORTGAGE (Inc.):

**Allodial Compensation Invoice for Damages**

| Damage | Cost |
| --- | --- |
| Conspiracy against rights (18 USC 241) | $75,000.00 |
| Denationalization | $75,000.00 |
| False identity | $75,000.00 |
| Extortion | $75,000.00 |
| Fraud in the inducement | $75,000.00 |
| Lunch and misc. (paper, ink, envelopes) | $2,500.00 |
| Consular assistance | $20,000.00 |

//

**Total: $397,500.00** payable in lawful money .9999 fine silver bullion coins or bar DUE
FORTHWITH.

I hereby invoke my treaty rights to inherit my ancestral estate in reversion (known as 1056 W
52nd Street, Los Angeles, California republic), and my treaty right to consular jurisdiction in this
dispute which are guaranteed to be secured under Articles 20 and 22 of the Treaty of Peace and
Friendship of 1836 between the United States of North America and the Moroccan Empire, which aver
the following:

Article 20. If any of the citizens of the United States, or any persons under their protection,
shall have any disputes with each other, the Consul shall decide between the parties and
whenever the Consul shall require any aid or assistance from our government, to enforce his
decisions, it shall be immediately granted to him.

Article 22. If an American citizen shall die in our country, and no will shall appear, the
Consul shall take possession of his effects, and if there shall be no consul, the effects shall be
deposited in the hands of some person worthy of trust, until the party shall appear who has a
right to demand them; but if the Heir to the person deceased be present, the property shall be
delivered to him without interruption; and if a will shall appear, the property shall descend
agreeable to that will, as soon as the Consul shall declare the validity thereof.

In support thereof, see **Kolovrat v. Oregon, 366 U. S. 187, 194, 81 S.Ct. 922 (1961)** *("A
state cannot refuse to give foreign nationals their treaty rights because of fear that valid international
agreements may possibly not work completely to the satisfaction of state authorities. Under the
supremacy clause of the United States Constitution Art. VI, clause 2, state policies as to the rights of
aliens to inherit must give way to overriding federal treaties and conflicting arrangements.").*

### Reversion Statement

I am not lost at sea; and I affirm and declare my right of 'reversion of estate' and therefore I
make no claim with respect to the title and misrepresented name ELZIRA M WILBURN / Man-of-
Straw and nom de guerre, and the spurious creations of the foreign, de facto United States Corporate

operators, actors, and owners; and I surrender and assign any and all 'Reversionary Interest' to the foreign United States / UNITED STATES (Inc.) and its subsidiaries for full 'Acquittance Discharge Settlement' and 'Closure' of my reliance per Title 12 USC 95a, part 2. I assume no liabilities or debts however contrived among its associates; and I do not consent to stand as 'Surety' for ELZIRA M WILBURN or for the foreign, private, and for-profit UNITED STATES INCORPORATED / U. S. Corporation Company entity owners, directors or their administrators; nor do I stand as 'Surety' for its subsidiaries or its associates at any point, or moment in time.

### Affidavit

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Affidavit of Dispute is true and correct to the best of my knowledge and honorable intent.

Executed this _____9TH_____ day of _____July_____ , 2021.

_Elzira Thornton El_

Affiant: Elzira Thornton-El, de jure
in propria persona, sui juris, in solo proprio
authorized representative, ex rel.
ELZIRA M WILBURN;
All Rights Reserved.
C/o 1056 W 52nd Street
Los Angeles, California republic [Zip Exempt]

Maghrib al Aqṣá.

North-West Amexen.

Duly subscribed and affirmed on this _9th_ day of ___July___, 1443 M.C.Y.

[C.C.Y. 2021], before me, a Wazir [Notary Public] of Morocco at the California state republic.

WITNESS my hand and official seal:

_____

Wazir [Notary Public]; All Rights Reserved.

Denis Martinez Bey

_____

(Printed Appellation)

14

Affidavit of Fact

Certificate of Service

I, Elzira Thornton-El, hereby certify that on the _____9ᵗᴴ_____ day of _____July_____ , 2021, the enclosed Affidavit of Fact: Notice of Default [Exhibit: B] and attachments **EXHIBITS: B1** and **B2** were sent via certified mail to the following recipients:

        Mat Ishbia, (acting as) President / Chief Executive Officer
        UNITED WHOLESALE MORTGAGE (Inc.)
        585 South Blvd E.
        Pontiac, Michigan republic [near. 48341]

        Attention: Authorized Representative
        UNITED WHOLESALE MORTGAGE (Inc.)
        P.O. Box 77423
        Ewing, New Jersey republic [near. 08628]

                                          All Rights Reserved.

C.C: Shirley N. Weber, California Secretary of State

      Antony J. Blinken, United States Secretary of Sate

      Monty Wilkinson, acting United States Attorney General

      Michelle Bachelet Jeria, United Nations High Commissioner for Human Rights

      Lamont Maurice El, Consul General of Morocco, Maghrib al Aqṣá

      EnforceTheConstitution.org/

      All other interested persons

# EXHIBIT: B1

# EXHIBIT: B2

# USPS Tracking

FAQs >

Track Another Package  +

**Tracking Number:** 9590940262280265826562

Remove ✕

Your package is on its way to a USPS facility. Sign up to **get updates**, and we'll send you a delivery date and time when available.

USPS Tracking Plus® Available ∨

## Return Receipt Associated

July 14, 2021 at 1:44 pm

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to: Mat Ishbia <br> President/Chief Executive Officer <br> UNITED WHOLESALE MORTGAGE (INC) <br> • NoTice of DefauiT <br> [Ex B1 + B2] | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 9590 9402 3228 0265 8265 62 | 3. Service Type <br> ☐ Adult Signature <br> ☐ Adult Signature Restricted Delivery <br> ☒ Certified Mail® <br> ☐ Certified Mail Restricted Delivery <br> ☐ Collect on Delivery | ☐ Priority Mail Express® <br> ☐ Registered Mail™ <br> ☐ Registered Mail Restricted Delivery <br> ☐ Signature Confirmation™ <br> ☐ Signature Confirmation Restricted Delivery |

18







Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America / 'The North Gate'

֍ ~ 'Temple of the Moon and Sun' ~ ֎

֍ ~ Societas Republicae Ea Al Maurikanos ~ ֎

The True and De jure Natural Peoples ~ Heirs of the Land

Affidavit of Fact

## Adverse Claim of Title and Reversion of Ancestral Estate – EXHIBIT: A

International Document

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

Mat Ishbia, (acting as) President / Chief Executive Officer
UNITED WHOLESALE MORTGAGE (Inc.)
585 South Blvd E.
Pontiac, Michigan republic [near. 48341]

RE: Account number 0144794658; ancestral estate in reversion known as 1056 West 52nd Street, Los Angeles, California republic.

### Stare Decisis Law

*"A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies as to the rights of aliens to inherit must give way to overriding federal treaties and conflicting arrangements."* See **Kolovrat v. Oregon, 366 U. S. 187, 194, 81 S.Ct. 922 (1961)**

20

I, ElziraThornton-El, sui juris, an aboriginal and indigenous Moorish American sovereign national of the Moroccan Empire at Maghrib al Aqsá, North-West Amexem / North America, being of legal age, after being duly affirmed according to law, hereby depose and state the following:

1. I am one of the surviving *consanguinity* heiress apparent of the late ancient Moabites (modernly known as Moroccans) from the land of Moab who received permission from the Pharaohs of Kemet to settle and inhabit North-West Africa (Amexem); they were the founders and are the true possessors of the present Moroccan Empire, with their Canaanite, Hittite, and Amorite brethren who sojourned from the land of Canaan seeking new homes. Their dominion and inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present North, South, and Central America and also Mexico and the Atlantis Islands, before the great earthquake, which caused the great Atlantic Ocean.

2. My nationality / citizenship and political status as an aboriginal indigenous Moorish American sovereign national of the Moroccan Empire and direct descendant of the ancient Moabites (Moroccans) by *jus sanguinis*, is recognized under registration number ©AA 222141, Class A, with the Clock of Destiny Moorish American National Identification Card and Zodiac Constitution recorded by Charles Mosley Bey, a Moorish American and my kin by consanguine, on September 10, 1952, in the Library of Congress Copyright Office, Washington, District of Columbia, and the United States Department of Justice.

21

3. My Moabite ancestors died intestate, and was vested with reversionary interest in the lands and resources of the Moroccan Empire at North America, which is in de facto occupational use, in usufruct, by the foreign hybrid European colonists exercising feudal law practices under color of law as citizens / members / beneficiaries of the UNITED STATES (Inc.) under the expired fifty (50) year mandate, i.e., the Treaty of Peace and Friendship of 1836 (in force 1837) between the United Sates of North America and the Moroccan Empire; which superseded the Treaty of Peace and Friendship of 1787 between the United States of America, and his Imperial Majesty the Emperor of Morocco. This treaty is the supreme Law of the Land under the the 'Supremacy Clause' of the Constitution for the United States of North America Article VI, clause 2. Article 25 of the aforesaid Treaty of 1836 avers the expiration term as follows:

> **Article 25.** This Treaty shall continue in force, with the help of God, for fifty years; after the expiration of which term, the Treaty shall continue to be binding on both parties, until the one shall give twelve months notice to the other of an intention to abandon it; in which case, its operations shall cease at the end of the twelve months."

4. Per my treaty right to inherit under Article 22 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, and in accordance with the international law provisions of the United Nations Declaration on the Rights of Indigenous Peoples, I am competent to make claim to my inherited ancestral estate in reversion as a surviving rightful heir apparent, which is being held in trust de facto by the foreign corporate STATE OF CALIFORNIA (Inc.) and subsidiaries as escheated fee simple property under color of law within purview of the

22

unconstitutional 14th Amendment to the United States Constitution. Per the stare decisis law in the ***Kolovrat*** case mentioned above, my treaty right to inherit property under Article 22 of the said Peace Treaty of 1836 overrides all state policies that are made to the contrary, which aver the following:

> **Article 22.** If an American citizen shall die in our country and no will shall appear, the Consul shall take possession of his effects, and if there shall be no Consul, the effects shall be deposited in the hands of some Person worthy of Trust, until the Party shall appear who has a right to demand them, but if the Heir to the Person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will, as soon as the Consul shall declare the validity thereof.

5. I hereby make an adverse claim of aboriginal title to my ancestral estate in reversion as described below, to wit:

> ALL that certain plot, piece or parcel of land with resources, buildings and improvement thereon erected, situated, lying and being, known to be located near LOS ANGELES, California state republic, known by the street address of **1056 West 52nd Street, Los Angeles, California**, at Maghrib al Aqṣá, North-West Amexem, and geographically located on the North American continent within the dominions of the Moroccan Empire at Maghrib al Aqṣá, North-West Amexem, Latitude 33.9948496, Longitude -118.2934668, GPS (Global Positioning System) coordinates 33° 59' 41.388" North, 118° 17' 36.456" West;

## AFFIDAVIT

I affirm by virtue of Divine Law; under the Zodiac Constitution; and upon the United States Republic Constitution; and upon the honor of my Foremothers and Forefathers that the foregoing Affidavit of Fact: Adverse Claim of Title and Reversion of Ancestral Estate is true and correct.

Executed this ___04___ day of ___04_____, 2021.

_Elzira Thornton El_____

Affiant: Elzira Thornton-El, de jure
in propria persona, sui juris, in solo proprio
authorized representative, ex rel.
ELZIRA WILBURN;
All Rights Reserved.
C/o 1056 W 52nd Street
Los Angeles, California republic [Zip Exempt]

Maghrib al Aqsá.

North-West Amexen.

Duly subscribed and affirmed on this ___4th___ day of ___Sept___, 1442 M.C.Y. [C.C.Y. 2021], before me, a Wazir [Notary Public] of Morocco at the California state republic.

WITNESS my hand and official seal:

_D. M. B_____

Wazir [Notary Public]; All Rights Reserved.

_Denis M. Bey_____

(Printed Appellation)

Affidavit of Fact

Certificate of Service

I, Elzira Thornton-El, hereby certify that on the ___4th___ day of ___SEPT___, 2021, the enclosed Affidavit of Fact: Adverse Claim of Title and Reversion of Ancestral Estate – EXHIBIT: A and the attachment Affidavit of Fact: Memorandum of Trust were sent via certified mail to the following recipient:

> Mat Ishbia, (acting as) President / Chief Executive Officer
> UNITED WHOLESALE MORTGAGE (Inc.)
> 585 South Blvd E.
> Pontiac, Michigan republic [near. 48341]

All Rights Reserved.

C.C: Shirley N. Weber, North Carolina Secretary of State

Antony J. Blinken, United States Secretary of Sate

Monty Wilkinson, acting United States Attorney General

Michelle Bachelet Jeria, United Nations High Commissioner for Human Rights

www.EnforceTheConstitution.org/

All other interested persons

25



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Mat Ishbia, President / Chief Executive office UNITED WHOLESALE MORTAGE (INC.)

• Adverse claim of Title of Au[?]
Estate — EXHIBIT: A
• Memorandum of Trust

9590 9402 6275 0274 0025 11

2. Article Number (Transfer from service label)
7020 0640 0001 1800 4711

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  MIOMNOW    C. Date of Delivery  9.16.21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Pontiac, MI 48341

Certified Mail Fee  **$3.75**
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $_____
☐ Return Receipt (electronic)  $_____
☐ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required  $_____
☐ Adult Signature Restricted Delivery  $_____
Postage  **$1.36**
Total Postage and Fees  **$8.16**
$

Sent To  Mat Ishbia President / Chief Executive Officer
Street and Apt. No., or PO Box No.  585 South Blvd E.
City, State, ZIP+4®  Pontiac, Michigan Republic [Near] 48341

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

26



27





**Moorish National Republic Federal Government**

**Moorish Divine and National Movement of the World**

**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**

**~ 'Temple of the Moon and Sun' ~**

**~ Societas Republicae Ea Al Maurikanos ~**

**The True and De jure Natural Peoples ~ Heirs of the Land**

---

Affidavit of Fact

## Memorandum of Trust

International Document – Consular Jurisdiction and Venue

**KNOW THAT**, I, Elzira Thornton-El, being in care of the mailing location at C/o 1056 W 52nd Street, Los Angeles, California republic, as Grantor, created an allodial private irrevocable trust, known as the Allodial Irrevocable Private Living Trust of Elzira Thronton-El dated September 3, 2021, by executing a Declaration of Trust, dated September 3, 2021, naming I, Elzira Thornton-El, as Trustee and beneficiary.

This Memorandum of Trust is executed as evidence of the existence of the foregoing Declaration of Trust. Any person may rely upon this Memorandum of Trust as evidence of the existence of said Declaration of Trust, and is relieved of any obligation to verify that any transaction entered into by a Trustee thereunder is consistent with the terms and conditions of said Declaration of Trust.

The Declaration of Trust and the trusts created thereunder may be referred to by the name: "Allodial Irrevocable Private Living Trust of Elzira Thronton-El dated September 3, 2021". Any transfers to the Declaration of Trust or any trust thereunder may refer to the aforesaid appellation as Trustee under the name "Allodial Irrevocable Private Living Trust of Elzira Thronton-El dated September 3, 2021", with or without specifying any change in Trustee(s).

28

**IN WITNESS WHEREOF**, the Grantor has executed this Memorandum of Trust as of

this _4^TH_ day of ___Sept___ , 2021.

_[signature] El_

Grantor: Elzira Thronton-El, de jure
Authorized Representative, Ex Rel.
**ELZIRA WILBURN;**
All Rights Reserved.


Maghrib al Aqṣá.

North-West Amexen.


Duly subscribed and affirmed on this _4^TH_ day of ___Sept___ , 1443 M.C.Y.

[C.C.Y. 2021], before me, the Wazir [Notary Public], personally appeared Elzira Thronton-El,

personally known to me or proved to me on the basis of satisfactory evidence to be the one whose

name is subscribed to the within instrument and acknowledged to me that [he/she] executed the

same in [his/her] capacity, and that by [his/her] signature on the instrument, the individual, or

the person upon behalf of which the individual acted, executed the instrument.


AS WITNESS my hand and official seal:

Autograph: _____

Wazir [Notary Public], All Rights Reserved.


Appellation (printed): ___Denis M. Bey___

29

30

NAME: Elzira M.Wilburn - el

ADDRESS: c/o 1056 west 52nd Street

PHONE NUMBER:

EMAIL ADDRESS:

IN PRO PER ATTORNEY FOR

**FILED**
Superior Court of California
County of Los Angeles

**FEB 21 2024**

David W. Slayton, Executive Officer/Clerk of Court
By: C. Cervantes, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
### COUNTY OF LOS ANGELES

BRECKENRIDGE PROPERTY
FUND 2016, LLC

V S

Elzira M. Wilburn

Case No. 23STUD12323
Title: WRIT OF QUO WARRANTO
Hearing March 27, 2024
Time: 8:30
Department: 91

International    Document

Elzira Thornton - El

02/21/2024

31









𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕲𝖔𝖇𝖊𝖗𝖓𝖒𝖊𝖓𝖙

𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕯𝖎𝖛𝖎𝖓𝖊 𝖆𝖓𝖉 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕸𝖔𝖇𝖊𝖒𝖊𝖓𝖙 𝖔𝖋 𝖙𝖍𝖊 𝖂𝖔𝖗𝖑𝖉

𝕹𝖔𝖗𝖙𝖍𝖜𝖊𝖘𝖙 𝕬𝖒𝖊𝖝𝖊𝖒 / 𝕹𝖔𝖗𝖙𝖍𝖜𝖊𝖘𝖙 𝕬𝖋𝖗𝖎𝖈𝖆 / 𝕹𝖔𝖗𝖙𝖍 𝕬𝖒𝖊𝖗𝖎𝖈𝖆 / '𝕿𝖍𝖊 𝕹𝖔𝖗𝖙𝖍 𝕲𝖆𝖙𝖊'

∽ ~ '𝕿𝖊𝖒𝖕𝖑𝖊 𝖔𝖋 𝖙𝖍𝖊 𝕸𝖔𝖔𝖓 𝖆𝖓𝖉 𝕾𝖚𝖓' ~ ↙

∽ ~ 𝕾𝖔𝖈𝖎𝖊𝖙𝖆𝖘 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈𝖆𝖊 𝕰𝖆 𝕬𝖑 𝕸𝖆𝖚𝖗𝖎𝖐𝖆𝖓𝖔𝖘 ~ ↙

𝕿𝖍𝖊 𝕿𝖗𝖚𝖊 𝖆𝖓𝖉 𝕯𝖊 𝖏𝖚𝖗𝖊 𝕹𝖆𝖙𝖚𝖗𝖆𝖑 𝕻𝖊𝖔𝖕𝖑𝖊𝖘 ~ 𝕳𝖊𝖎𝖗𝖘 𝖔𝖋 𝖙𝖍𝖊 𝕷𝖆𝖓𝖉

---

Affidavit of Fact

# WRIT OF QUO WARRANTO

International Document

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

Exhibit: A

Re: Case Number: 23STUD12323

Andrew Abram Esbenshade, (acting as) Administrative clerk
David W. Slayton, (acting as) Administrative clerk / feoffer
D. Mendez, (acting as) Deputy / feoffer
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES (Inc.)
111 N Grand Avenue
Los Angeles, California republic [near. 90012]

Sam Chandra (SBN 203942), (acting as) Attorney / feoffer
Luke Sinkinson (SBN 308612), (acting as) Attorney / feoffer
710 South Myrtle avenue #600
Monrovia, California republic [near. 91016]

Page 1 of 6

32

Re: Misrepresented instrument – bill of attainder / foreign bill of exchange titled MOTION TO STRIKE
dated March 27, 2024 time 8:30 am department 91, and any other instrument associated with de facto
case number 23STUD12323; affecting my inherited ancestral estate in reversion known as 1056 W 52nd
Street, Los Angeles, California republic.

## Stare Decisis Law

*"A court cannot confer jurisdiction where none existed and cannot make a void proceeding
valid. It is clear and well-established law that a void order can be challenged in any court."*. See **Old
Wayne Mut. L Assoc. v. McDonough, 204 U.S. 8, 27 S.Ct. 236 (1907).**

For the record, I am Elzira Thornton-El, a natural person, in full life, in propria persona, sui juris. My
nationality / citizenship is Moorish American, being an aboriginal and indigenous sovereign national and
heir of the Moroccan Empire at North-West Amexem / North America, and a foreign national inhabitant
near corporate LOS ANGELES, California republic. I come now making special appearance under
duress by my retained reversionary interest in my ancestral estate in reversion known as 1056 W 52nd
Street, Los Angeles, California republic, (and more fully described in the attached Affidavit of Fact:
Adverse Claim of Title and Reversion of Ancestral Estate- EXHIBIT: B) in accordance with my secured
treaty rights to inherit, and I hereby challenge your jurisdiction on the grounds of lack of jurisdiction and
fraud.

## Jurisdiction and Venue

I hereby invoke my secured treaty rights to consular jurisdiction in this dispute under Articles 20
and 21 of the Treaty of Peace and Friendship of 1836 between the United States of North America and
the Moroccan Empire, which aver the following:

**Article 20.** If a citizen of the United States, or any persons under their protection, shall have any
disputes with each other, the Consul shall decide between the parties; and whenever the Consul

33

shall require any aid or assistance from our Government, to enforce his decisions, it shall be immediately granted to him.

**Article 21.** If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

In support of my secured treaty rights, see the case **Kolovrat v. Oregon, 366 U. S. 187, 194, 81 S.Ct. 922 (1961)**, where the Supreme Court of the United States rendered the following stare decisis:

*"A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2. state policies.... must give way to overriding federal treaties and conflicting arrangements.".*

### Quo Warranto

YOU ARE HEREBY COMMANDED to produce the following for the record as conclusive proof and evidence of your lawful jurisdiction and judicial authorization:

1. Produce the certified copy of the Delegation of Authority order from Congress per Article III section 1 and 2 of the Constitution for the United States of North America as evidence of the private foreign entity SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES (Inc.) and the representatives thereof having been lawfully conferred judicial authorization and jurisdiction to hear and decide actual cases affecting the property / estates of Moorish American nationals in disputes with citizens of the United States.

2. Produce a certified or true test copy of any alleged valid and verifiable contract or commercial agreement between any representative of the foreign corporate entity SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES (Inc.) and I, which would subject my inherited ancestral estate in reversion known as 1056 W 52nd Street, Los Angeles, California republic, to escheat by way of abandonment or to any corporate color of law, statute, code, rule, regulation or custom of the private foreign corporate entity STATE OF CALIFORNIA (Inc.) or any subsidiary thereof.

34

3. Produce the name, address, and telephone number of the public hazard and malpractice bonding company and the policy number of the bond, and if required, a copy of the policy describing the bonding coverage of the specific job performance of you (plural) and all other natural persons acting as employees / contractors / agents / representatives of the foreign corporate entities SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES (inc.), and STATE OF CALIFORNIA (Inc.) being associated with the collusive action in the misrepresented instrument – bill of attainder / foreign bill of exchange / case number 23STUD12323 and any attachments associated thereto.

4. Produce the certified / true test copy of any alleged 'Allodial Title' or 'Aboriginal Title' affecting my ancestral estate in reversion known as 1056 W 52nd Street, Los Angeles, California republic. Any alleged Deed or Mortgage (dead pledge) / Deed of Trust instrument passes only color of title in fee simple under color of law (feudal law) within purview of the 14th Amendment, and such instruments are held as unconstitutional and void ab initio.

5. Produce proof that lawful service of process was made upon me in accordance with the prerequisites of my due process rights and treaty rights under consular jurisdiction.

### Allodial Compensation Invoice

The following damages are being claimed against you (plural) and all other additional person(s) (natural and corporate) involved in and attached to the collusive action under color of law in case number 23STUD12323:

| Damage | Cost |
|---|---|
| Depravation of rights under color of law (18 USC 242) | $1,000,000 |
| Conspiracy against rights (18 USC 241) | $1,000,000 |
| Fraud in the inducement | $1,000,000 |
| Consular assistance | $20,000.00 |
| Misc. expenses (mailing, paper, ink, etc.) | $2,000.00 |

**Total:** $3,022,000 payable in lawful money of .9999 fine silver bullion coins and / or bars due forthwith.

### Days of Grace to Answer

35

You have **three (3) days** from your receipt of this Affidavit of Fact: Writ of Quo Warranto to answer and produce the above evidence for the record. Your failure to answer and produce the above evidence constitutes DEFAULT and serves as your admission by silence to lack of jurisdiction and fraud, and the collusive action via case number 23STUD12323 shall be forthwith dismissed with prejudice for lack of jurisdiction and fraud. See **Louisville v. Motley, 211 U.S. 149, 29 S.Ct. 42** (*"If any tribunal finds absence of proof of jurisdiction over a person and subject-matter, the case must be dismissed. The accuser bears the burden of proof beyond a reasonable doubt."*).

THIS PROCEEDING IS NOT VALID AND CANNOT PROCEED until jurisdiction is proved to exist! Otherwise, the misrepresented instrument – bill of attainder / foreign bill of exchange / case number 23STUD12323 and any attachments associated thereto are null and void ab initio and are unenforceable for lack of jurisdiction and fraud. See **Elliot v. Peirsol, 26 U.S. 328, 340 (1828)**, (*"Courts are constituted by authority, and they cannot act beyond the power delegated to them. If a court acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification; and all persons concerned in executing such judgments, or sentences, are considered, in law, as trespassers."*).

### Affidavit

I declare and affirm by virtue of divine law, under the Zodiac Constitution, and upon the United States Republic Constitution of 1791, and upon the honor of my Foremothers and Forefathers that the above Writ of Quo Warranto and Affidavit is true and correct.

Executed this _17_ day of _February_ , 2024.

Affiant: Elzira Thornton-El, de jure
in propria persona, sui juris, in full life,
authorized representative, ex rel.
ELZIRA M WILBURN
All Rights Reserved.
C/o 1056 W 52nd Street, Los Angeles,
California republic
Non-Domestic/Non-Resident/Non-Subject

Page 5 of 6

36

Affidavit of Fact

Certificate of Service

I, Elzira Thornton-El, hereby certify that on the __17__ day of __February__ , 2024, the enclosed Affidavit of Fact: Writ of Quo Warranto [EXHIBIT: D] was sent via certified mail to the following recipients:

Andrew Abram Esbenshade, (acting as) Administrative clerk
David W. Slayton, (acting as) Administrative clerk / feoffer
D. Mendez, (acting as) Deputy / feoffer
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES (Inc.)
111 N Hill Street
Los Angeles, California republic [near. 90012]

Sam Chandra (SBN 203942), (acting as) Attorney / feoffer
Luke Sinkinson (SBN 308612), (acting as) Attorney / feoffer
710 South Myrtle avenue #600
Monrovia, California republic [near. 91016]

All Rights Reserved

C.C.   Shirley N. Weber, California Secretary of State

Antony J. Blinken, United States Secretary of State

Merrick B. Garland, United States Attorney General

Michelle Bachelet Jeria, United Nations High Commissioner for Human Rights

Office of the Consul General of Morocco

Page **6** of **6**

37

# EXHIBIT: A1

38

*[handwritten: Evidence of color of law, and color of Authority, and fraud in the Inducement.]*

LAW OFFICES OF SAM CHANDRA, APC
SAM CHANDRA   (SBN 203942)
LUKE SINKINSON (SBN 308612)
710 S. MYRTLE AVE, #600
MONROVIA, CALIFORNIA 91016
Tel: (626) 305-0555
Email: fax@chandra-law.com

Attorney for Plaintiff

*[handwritten: Evidence of color of law for lack of Jurisdiction and Fraud.]*

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES  – CENTRAL DISTRICT

| | |
|---|---|
| Breckenridge Property Fund 2016, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Elzira M Wilburn, et al,<br><br>Defendant(s). | Case No.  23STUD12323<br><br>NOTICE OF AMENDED PROOF OF SERVICE RE: PLAINTIFF'S -NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S FILINGS AND FOR AN ORDER ENTERING DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT; MEMORANDUM OF POINTS AND AUTHORITIES; [proposed] ORDER-<br><br>Hearing on Plaintiff's Motion to Strike:<br>Date: March 27, 2024<br>Time: 8:30 a.m.<br>Dept.: 91<br>Court Address: 110 N. Grand Ave.<br>                    Los Angeles, CA 90012 |

*[handwritten: Evidence of fictitious corporate person / NOM de guerre, misrepresentation, false Identy, denationalization under color of law and Fraud.]*

TO THE DEFENDANTS, THEIR ATTORNEY OF RECORD AND ALL INTERESTED

PARTIES.  PLEASE TAKE NOTICE THAT:

    Plaintiff hereby submits the following Amended Proof of Service regarding service of the

following documents: NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S

FILINGS AND FOR AN ORDER ENTERING DEFAULT AND DEFAULT JUDGMENT

*[handwritten sideways: 02/21/2024]*

*[handwritten: 39]*

I certify that this is a true and correct copy of the original on file in or issued from this office, consisting of ___ pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date:_____ FEB 2 1 2024 By: R. Saucedo , Deputy

I

40

NAME: Elaina M Wilburn - el

ADDRESS: c/o 1056 West 52nd Street

Los Angeles california Republic [ZIP EXEMPT]

PHONE NUMBER: Non - Domestic / Non - Resident / Non - Subject

EMAIL ADDRESS:

IN PRO PER ATTORNEY FOR

**FILED**
Superior Court of California
County of Los Angeles

MAR 20 2024

David W. Slayton, Executive Officer/Clerk of Court
By C. Cervantes, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

BRECKENRIDGE PROPERTY
FUND 2016, LLC

vs

Elaina M. Wilburn

Case No.: 23STUD12323

Title: Notice WRIT OF ERROR

Hearing Date: March 1, 2024

Time: 8:30

Department: 91

International Document

Elaina Wilburn - El

All Rights Reserved

41

  

Moorish National Republic Federal Government

Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America / 'The North Gate'

☙ ~ 'Temple of the Moon and Sun' ~ ❧

☙ ~ Societas Republicae Ea Al Maurikanos ~ ❧

The True and De jure Natural Peoples ~ Heirs of the Land

---

Affidavit of Fact

# WRIT OF ERROR

International Document

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

Exhibit: C

Re: Case Number: 23STUD12323

Andrew Abram Esbenshade, (acting as) Administrative clerk
SUPERIOR COURT FOR THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES (Inc.)
111 NORTH HILL STREET
Los Angeles, California republic [near. 90012]

Sam Chandra, (acting as) Attorney
LAW OFFICES OF SAM CHANDRA, APC
710 SOUTH MYRTLE AVENUE, #600
Monrovia, California republic [near. 91016]

03/20/2024

42

Re: Void Misrepresented Instrument – Bill of Attainder / foreign Bill of Exchange titled WRIT OF POSSESSION dated March 12, 2024.


### Stare Decisis Law

**Elliot v. Peirsol, 26 U.S. 328, 340 (1828)** (*"Courts are constituted by authority, and they cannot act beyond the power delegated to them. If a court acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification; and all persons concerned in executing such judgments, or sentences, are considered, in law, as trespassers."*).


### MEMORANDUM

I am in receipt of your misrepresented instrument – bill of attainder / foreign bill of exchange titled WRIT OF POSSESSION dated March 12, 2024. However, your instrument was issued under color of law within purview of the unconstitutional 14th Amendment due to your failure to prove jurisdiction and judicial authorization under Article III, sections 1 and 2 of the Constitution for the United States of North America. Therefore, your instrument titled WRIT OF POSSESSION dated March 12, 2024 and any attachment associated thereto are unconstitutional, notwithstanding, null and void ab initio and are not enforceable for lack of jurisdiction and fraud. See **United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93** (*"Fraud vitiates the most solemn contracts, documents, and even judgments."*); and see **Elliot v. Peirsol, 26 U.S. 328, 340 (1828)** mentioned above.

On or about March 7, 2024, you were duly served with process at your mailing address with the Affidavit of Fact: Writ of Error [Exhibit: C] which was entered in the records of case

43

number 23STUD12323 and which stands as conclusive evidence of your lack of jurisdiction and fraud.

WHEREFORE, it is considered ORDERED AND ADJUDGED that a writ of error be and the same is hereby entered against you, Sam Chandra and Luke Sinkinson, and all other persons similarly situated that are involved and are not herein listed;

It is further ORDERED AND ADJUDGED that the misrepresented instrument – bill of attainder / foreign bill of exchange titled WRIT OF POSSESSION dated March 12, 2024, and any attachments associated thereto are NULL and VOID AB INITIO and are UNENFORCEABLE for lack of jurisdiction and fraud;

It is further ORDERED AND ADJUDGED that the collusive action and de facto administrative proceedings in case number 23STUD12323 in the records of the foreign SUPERIOR COURT FOR THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES (Inc.), including the de facto administrative hearing set for March 8, 2024, are UNCONSTITUTIONAL, NOTWITHSTANDING, NULL and VOID AB INITIO and are UNENFORCEABLE for lack of jurisdiction and fraud;

**DONE AND ORDERED** at Maghrib Al-Aqṣá, North-West Amexem.

### Affidavit

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and the United States Republic Constitution of 1789/1791, and upon the honor of my Foremothers and Forefathers that the foregoing Writ of Error and Affidavit is true and correct.

Witness my hand and seal this __*18*__ day of __*March*__, 2024.

Page 3 of 6

44

Affiant: Elzira Thornton-El, de jure
in propria persona, sui juris, in full life,
authorized representative, ex rel.
ELZIRA M.WILBURN;
All Rights Reserved.
C/o 1056 W 52nd Street
Los Angeles republic [Zip Exempt]
Non-Domestic/Non-Resident/Non-Subject

Affidavit of Fact

Certificate of Service

I, Elzira El, hereby certify that on this _18_ day of _March_, 2024, the

enclosed Affidavit of Fact: Writ of Error [Exhibit: C] was sent via United States Postal Service

certified mail and / or hand delivery to the following recipients:

Andrew Abram Esbenshade, (acting as) Administrative clerk
SUPERIOR COURT FOR THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES (Inc.)

03/20/2024

Page **4** of 6

45

111 NORTH HILL STREET
Los Angeles, California republic [near. 22030]

Sam Chandra, (acting as) Attorney
Luke Sinkinson, (acting as) Attorney
LAW OFFICES OF SAM CHANDRA, APC
710 SOUTH MYRTLE AVENUE, #600
Monrovia, California republic [near. 91016]



All Rights Reserved

C.C.:  Shirley N. Weber, North Carolina Secretary of State

Anthony J Blinken, United States Secretary of State

Merrick B. Garland, United States Attorney General

Michelle Bachelet Jeria, United Nations High Commissioner for Human Rights

Embassies and Consulates of the International Community and other interested persons

Office of the Consul General of Morocco

# EXHIBIT: C4

4/7

03/20/2024

| Case Title: | Case Number: |
|---|---|
| Breckenridge Property Fund 2016, LLC v Wilburn | 23STUD12323 |

## INSTRUCTIONS

Fill in date below showing total of amount ordered (do not show separate amounts for principal, fees and pre-judgment costs and interest), amount actually paid, date paid and whether applied to order and/or to accrued interest if accrued interest is claimed, and balance due. Due date of costs of enforcement is the date they were added to the judgment pursuant to a cost bill after judgment, not date incurred.

Failure to claim interest shall be deemed a waiver thereof for the purpose of this writ only.

ON INSTALLMENT ORDERS:  EACH PAYMENT ORDERED AND DUE DATE MUST BE STATED SEPARATELY.
PERSON TO WHOM AMOUNT IS ORDERED PAID MUST SIGN DECLARATION.

| TOTAL ORDERED PAID | | ACTUALLY PAID | | | BALANCE DUE | |
|---|---|---|---|---|---|---|
| DUE DATE | AMOUNT | DATE PAID | ON ORDER | ON ACCRUED INTEREST | ON ORDER | ON ACCRUED INTEREST |
| Plaintiff seeks writ for posession only | | | | | Plaintiff seeks writ for posession only | |
| | | *Lack of Jurisdiction And fraud.* | | | | |
| | | Plaintiff seeks writ for posession only | | | | |

There is actually remaining due on said order the sum of $_____ plus $_____ accrued costs plus $_____ accrued interest plus $_____ interest per day accruing from date of this application to date of writ, for which sum it is prayed that a writ of possession/sale/execution issue in favor of

Breckenridge Property Fund 2016, LLC
<br>(Judgment Creditor)

and against Elzira M Wilburn
<br>(Judgment Debtor)

to the County of LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 03/08/24 _____

_____
<br>(Signature)
<br>Sam Chandra

**APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION, POSSESSION OR SALE**

CIV 096 09-04
<br>LASC Approved

Code Civ. Proc., § 712.010
<br>Page 2 of 2

48

03/20/2024

*Evidence of ... ... and ...*
*... document.*

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| Sam Chandra SBN 203942<br>Law Offices of Sam Chandra, APC<br>710 S. Myrtle Ave., # 600<br>Monrovia, CA 91016-2171 | | |

ATTORNEY FOR (Name) PLAINTIFF

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

111 North Hill Street          Los Angeles, CA 90012

PLAINTIFF:

Breckenridge Property Fund 2016, LLC

DEFENDANT:

Elzira M Wilburn, et al

**Electronically FILED by
Superior Court of California,
County of Los Angeles
3/11/2024 1:46 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By B. Portier, Deputy Clerk**

## APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION, POSSESSION OR SALE

CASE NUMBER:

23STUD12323

I, Sam Chandra _____ declare under penalty of perjury under the laws of the State of California:

1. I am the _Attorney for Plaintiff_ in the above-entitled action.

2. The following ☒Judgment / ☐Order was made and entered on 03/05/24 _____.
   ☐Judgment was renewed on _____

3. Judgment/Order as entered/renewed provides as follows:

   Judgment Creditor: (name and address)

   Breckenridge Property Fund 2016, LLC
   Law Offices of Sam Chandra, APC
   710 S. Myrtle Ave., # 600
   Monrovia, CA 91016-2171

   Judgment Debtor: (name and address)

Elzira M Wilburn
1056 West 52nd Street
Los Angeles, CA 90037

*Evidence of fictitious
corporate presentment ... que
... representation, false
identity, denationalization
under color of law &
fraud, for lack of
jurisdiction.*

   Amount of Order and/or Description of Property:

the premises located at:
1056 West 52nd Street, Los Angeles, CA 90037

4. ☒ (Unlawful Detainer Proceedings Only) The daily rental value of the property as of the date the complaint was filed is $ 100.00 .

5. ☐ This is an unlawful detainer judgment, and a Prejudgment Claim of Right to Possession was served on the occupant(s) pursuant to Code of Civil Procedure section 415.46. Pursuant to Code of Civil Procedure sections 715.010 and 1174.3, this writ applies to all tenants; subtenants, if any; named claimants, if any; and any other occupants of the premises.

6. ☐ This is a Family Law Judgment/Order entitled to priority under Code of Civil Procedure section 699.510.

7. This writ is to be issued to: ☒ Los Angeles County    ☐ Other (Specify):_____

## APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION, POSSESSION OR SALE

CIV 098 09-04
LASC Approved

Code Civ. Proc., § 712.010
Page 1 of 2

49



I certify that this is a true and correct copy of the original on file in or issued from this office, consisting of 9 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: JUN 1 7 2024     By: _____, Deputy

M. Aguayo



50



# STATE OF ALABAMA
## OFFICE OF THE SECRETARY OF STATE

The attached document has been signed by an Alabama public official. This Apostille certifies the signature of that official and does not certify the content of the public document to which it is attached.

# APOSTILLE

### *(Convention de La Haye du 5 octobre 1961)*

**1. Country:**  *United States of America*

*This public document*

**2. has been signed by**    James P Naftel II

**3. acting in the capacity of**    Judge of Probate

**4. bears the seal/stamp of**    James P Naftel II

State of Alabama

### CERTIFIED

**5. at**    Montgomery, Alabama

**6. the**    25th day of October 2024

**7. by**    Secretary of State, State of Alabama    **8. No.**    2024-12474

**9. Seal/Stamp**



**10. Signature:**

_____

**Wes Allen**                **Secretary of State**

51




# Allodial Deed
## 20240522033
Attachment to
Land Patent: 2020128319
TXU-123-633

In the HOUSE OF BEY ASHER HIERARCHICAL COURT, a Ecclesiastical Court of the
Moorish-American Nation Unique ID. 1237-7, Liber, Hierarchical Code. R1.01.052.004, it has been
decided upon and now here granted under the Sovereign Authority of the Moorish-American Nation,
287 VERMONT AVENUE VILLA, 1137 VERMONT AVE VILLA City Of Los Angeles to the Original Title
Holder of said Property Elzria Mae Thornton El, from this Day said Property Nationalized under the
Nationality of Indigenous Inhabitant and Property conveyed into Trust of WILBURN & THORNTON
FAMILY TRUST, attached to Allodial Deed is Lien: Li24006701D112, JUDGEMENT OF LIEN.
Li24066897373&, Property Cured and Titled to WILBURN & THORNTON FAMILY TRUST, in Right of
Possession, Moorish American Land Title Ownership of Benefactor Elzria Mae Thornton El as SO
ORDERED.

Chief Justice & Governor,
Wick Abraham Bey Emperor Asher

Autograph:
Date: 08/22/2024
Appointment: 2024022482



WILBURN & THORNTON FAMILY TRUST
Elzria Mae Thornton El, TTEE
Apostille: 2024-4985051
File: 2024060090
DOD File #17 Moorish-American
Land Patent: 2020128319
TXU-123-633

Autograph: Elzria Mae Thornton El

I being a Notary Of the State Of California
witness and attest to the Identity and
Autograph of Elzria Mae Thornton El.

Printed Name: MAdeline Reynolds

Autograph: Madeline Reynolds

Commission Expiration: Oct. 31, 2025

Date: 8/8/2024

MADELINE REYNOLDS
Notary Public • California
Los Angeles County
Commission # 2381097
My Comm. Expires Oct 31, 2025




52

Case 2:25-cv-03116-VBF-PD   Document 1   Filed 04/09/25   Page 74 of 118   Page ID #:74





A202300091069
Authority: 2024022482

## APOSTILLE
(convention de La Haye du 5 octobre 1961)



1. Country: Morocco', MAR

   This public document

2. Document autograped by Wiek[Abraham Bey]: Emperor Asher

3. acting in the capacity of  Grand Sheik / Governor

4. bears the seal/stamp of  Moorish-American Nation

### CERTIFIED

5. at Morocco', MAR  6. the 26 August 2024

7. by  Governor of State

8. No.  20240522033

9.



10. Signature 

4495014



File: 20190466867 HM-MB
HOUSE OF Bey Asher
National ID: 18-0216130
Wales Alabamu, Morocco
TXU-123-633, Bey / BEA



⭐ Certified Copy ⭐

53



# Secretary of State
**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

MOORISH SCIENCE TEMPLE OF AMERICA
WILEK ABRAHAM BEY EMPEROR ASHER
451 15TH CT NW
CE, AL  35215

August 22, 2024 2:08 PM

File No.:  U240067010112

## Lien Acknowledgment

This acknowledges the filing of the attached Lien document relavant to the information below. To access free copies of filed UCC documents, enter the File No. above in the Search module on the UCC Online web portal at bizfileonline.sos.ca.gov/search/ucc.

### DEBTOR INFORMATION
| | |
|---|---|
| Debtor Name: | 267 VERMONT AVENUE VILLA |
| Debtor Address: | 1137, VERMONT AVENUE VILLA |
| | LOS ANGELES, CA 90037 |

### SECURED PARTY INFORMATION
| | |
|---|---|
| Secured Party Name: | WILBURN & THORNTON FAMILY TRUST |
| Secured Party Address: | 1056 WEST 52ND STREET |
| | LOS ANGELES, CA 90037 |
| Secured Party Name: | ELZIRA MAE THORNTON EL TTEE/BENE |
| Secured Party Address: | 1056 WEST 52ND STREET |
| | LOS ANGELES, CA 90037-9999 |

### FILING INFORMATION
| | |
|---|---|
| Lien Type: | UCC |
| Lien File No.: | U240067010112 |
| File Date: | 8/22/2024 1:05 PM |
| Lapse Date: | 8/22/2054 11:59 PM |
| Alt Filing Type: | Public-Finance Transaction |

Page 1 of 1

☆ Certified Copy ☆
54




U240067010112



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U240067010112 |
| Date Filed: 8/22/2024 |

---

Submitter Information:

| | |
| --- | --- |
| Contact Name | Wilek Abraham Bey Emperor Asher |
| Organization Name | MOORISH SCIENCE TEMPLE OF AMERICA |
| Phone Number | (659) 262-0753 |
| Email Address | wilekbey@gmail.com |
| Address | 451 15TH CT NW |
| | CE, AL 35215 |

---

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| 267 VERMONT AVENUE VILLA | 1137, VERMONT AVENUE VILLA Los Angeles, CA 90037 |

---

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| WILBURN & THORNTON FAMILY TRUST | 1056 WEST 52ND STREET LOS ANGELES, CA 90037 |
| Elzira Mae Thornton El TTEE/Bene | 1056 West 52nd Street Los Angeles, CA 90037-9999 |

---

Indicate how documentation of Collateral is provided:
Attached in a File

Upload PDF as Collateral:
EL, Mae Thornton Allodial Warranty Deed.pdf

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Being Administered by a Decedent's Personal Representative

Select an alternate Financing Statement type:
Public-Finance Transaction

Select an additional alternate Financing Statement type:
Non-UCC Filing

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Bailee/Bailor

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:

☐ Order a Search to Reflect



Page 1 of 9



55

B2986-8420 08/22/2024 1:05 PM Received by California Secretary of State





## Allodial Deed
## 20240522033
Attachment to
Land Patent: 2020128319
TXU-123-633

In the HOUSE OF BEY ASHER HIERARCHICAL COURT, a Ecclesiastical Court of the Moorish-American Nation Unique ID: J237-7; Elder, Hierarchical Code: R1.61.052.001, it has been decided upon and now here printed under the Sovereign Authority of the Moorish-American Nation, 207 VERMONT AVENUE VILLA. T137 VERMONT AVE VILLA City, Of Los Angeles to the Original Title Holder of said Property Elzria Mae Thornton El, from this Day said Property Nationalized under the Nationality of Indigenous Inhabitant and Property conveyed into Trust of WILBURN & THORNTON FAMILY TRUST, attached to Allodial Deed is Lien: LI240067010112, JUDGEMENT OF LIEN: LI240066070738, Property Cured and Titled to WILBURN & THORNTON FAMILY TRUST, in Right of Possession, Moorish-American Land Title Ownership of Benefactor Elzria Mae Thornton El as SO ORDERED.

Chief Justice & Governor,
Wilek Abraham Bey Emperor Asher



Autograph:
Date: 08/22/2024
Appointment: 2024022482

WILBURN & THORNTON FAMILY TRUST
Elzria Mae Thornton El TTEE
Apostille: 2024965061
File: 2024050090
DOO File 1-17 Moorish-American
Land Patent 2020128319
TXU-123-633

Autograph: Elzria Mae Thornton El



I being a Notary Of the State Of California
Witness and attest to the Identity and
Autograph of Elzria Mae Thornton El.

Printed Name: Madeline Reynolds
Autograph: Madeline Reynolds
Commission Expiration: Oct 31 2025
Date: 8/8/2024



MADELINE REYNOLDS
Notary Public - California
Los Angeles County
Commission # 2381097
My Comm. Expires Oct 31, 2025



☆ Certified Copy ☆

56

This page is part of your document - DO NOT DISCARD



**20240522033**



**Pages:
0007**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**08/05/24 AT 03:34PM**

| | |
|---|---|
| FEES: | 37.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 37.00 |



**LEADSHEET**



202408050920021

00024679772

014824801

**SEQ:
01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

☆ Certified Copy ☆

57

RECORDING REQUESTED BY

*Elvira Mae Thornton El*

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME *WILBURN & THORNTON FAMILY TRUST*

STREET ADDRESS
*P.O. BOX 110156*

CITY, STATE &
ZIP CODE
*Birmingham, Alabama, 35215*

08/05/2024

*20240522033*

SPACE ABOVE FOR RECORDER'S USE ONLY

## WARRANTY DEED
Title of Document

Pursuant to Assembly Bill 1466 – Restrictive Covenant (GC Code Section 27388.2), effective January 1, 2022, a fee of two dollars ($2) for recording the first page of every instrument, paper, or notice required or permitted by law to be recorded per each single transaction per parcel of real property, except those expressly exempted from payment of recording fees, as authorized by each county's board of supervisors and in accordance with applicable constitutional requirements.

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT).

☒ Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

☆ Certified Copy ☆
*58*

THIS SPACE PROVIDED FOR RECORDER'S USE ONLY:

WHEN RECORDED RETURN TO:
WILBURN & THORNTON FAMILY TRUST
PO Box 110156
Birmingham, Alabama, 35215

APN: 5002-027-029

## WARRANTY DEED

The undersigned Grantor declares that this transfer is exempt from the documentary transfer tax and that the tax owed is $0.00.

Grantor further declares this conveyance is to transfer property into or out of a Living Trust. (R&T Code 11930).

THE GRANTOR(S),
- WILBURN & THORNTON FAMILY TRUST, Elzira Mae Thornton El, Trustee

for and in consideration of: $10.00 grants, bargains, sells, conveys and warranties to the GRANTEE(S):
- Elzira Mae Thornton El, 1056 West 52nd Street, PID: 5002-027-029 , Los Angeles County, California, 90037-9999.

the following described real estate, situated in the County of ___Los Angeles___, State of California:

Legal Description: 33.99492°N, 118.29399°W, see also attached Allodial Warranty Deed *Exhibit B*

[ 267, VERMONT AVENUE VILLA, 1137,
VERMONT AVE VILLA City of Los Angeles
Schedule A ]

MAIL TAX STATEMENTS AS DIRECTED ABOVE        Page 1 of 3

☆ Certified Copy ☆

59

Subject to existing taxes, assessments, liens, encumbrances, covenants, conditions, restrictions, rights of way and easements of record the grantor hereby covenants with the Grantee(s) that Grantor is lawfully seized in fee simple of the above granted premises and has good right to sell and convey the same; and that Grantor, his heirs, executors and administrators shall warrant and defend the title unto the Grantee, his heirs and assigns against all lawful claims whatsoever.

EXCEPTING AND RESERVING unto Grantor(s), a 100 percent interest in all oil, gas, and other minerals, including gravel, clay, coal, sand and scoria presently owned by the estate.

Tax Parcel Number: 5002-027-029

**Grantor Signatures:** Elzira Mae Thornton EL;TTEE

DATED: 02/02/2024

_Elzira Mae Thornton El_

Elzira Mae Thornton El, Trustee on behalf of
WILBURN & THORNTON FAMILY TRUST
1056 West 52 Street
Los Angeles, California. 90037

☆ Certified Copy ☆

60

"SCHEDULE A"

THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 267 OF VERMONT AVENUE VILLA TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 11 PAGES 37 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

ASSESSOR'S PARCEL NUMBER: 5002-027-029

Certified Copy

62



*Exhibit B*



**Allodial Warranty Deed**

**Property: 1056 west 52nd Street Los Angeles California**

TRUSTEE / Trustor : Elzira Mae Thornton EL

Pursuant to Moorish-American Nationality under Hurd's Revised Statutes 805 ILCS  735 ILCS 5/12-901, The Illinois homestead act code: 35 ILCS 200/15-175, 35 ILCS 200/15-169 and North Carolina G.S.105-277.1. Elderly or disabled property tax homestead exclusion. Property in Hold and Possession Right of Way The Moorish heir being, Elzira Mae Thornton El [TRUSTEE / TRUSTOR, Benefice] of WILBURN & THORNTON FAMILY TRUST and Benefactor of : the same Legal and Lawful Entity(s) ALLCAP, Trademarked Copyright NAME & TITLE, any and all variations and Derivatives. Moorish-Americans, Allodial land holder and heir.

Trust Property Description:

* Parcel ID: 5002-027-029

Pursuant to The Declaration of Indigenous Rights enacted by Organization of American States which the United States and all its Departments are subject to All Articles Incorporated. Pursuant to the Constitution for the United States of America 1774.

* Divine Constitution & By-Laws
* 805 ILCS, 762 ILCS
* Hurdes Statues: Illinois State Constitution. Illinois: Tribe of Man
* Charter: 2020128318
* Certificate of Existence: 2020128318
* Land Patent: 2020128319
* Zodiac Constitution Magna Charta AA222141 file No: 2020015632

I Elzira Mae Thornton El am of the age of maturity to make this affidavit and the facts herein. I, Elzira Mae Thornton El, am mentally competent to make this official Allodial Warranty Deed of Facts for the Record. Dated this August 1, 2024, Legal Deed and Trust.

State of California Republic, Morocco
Beneficiary(s): Elzira Mae Thornton El
Authorized Consul: Grand Sheik & Governor; Wilck Abraham Bey Emperor Asher
Apostille: 2023-07153

 

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State AT Large of California**

I MAdeline Reynolds  being a Notary of the State at Large of California, verify that Elzira Mae Thornton El, above mentioned, Autographed this Document in front of me and that I am autographing in significance of the Action of Autograph and Identity, as a Moorish-American, and a member of the State of California, as a Californian State National. PL 94-241

Autograph Elzira Mae Thornton El: Elzira Mae Thornton El

California State ID: C1069610

Notary Autograph Madeline Reynolds

Commission Expiration Oct. 31, 2025

Date Aug. 1, 2024 mr



MADELINE REYNOLDS
Notary Public - California
Los Angeles County
Commission # 2321097
My Comm. Expires Oct 31, 2025

⭐ Certified Copy ⭐

63

County Division Code: AL040 Inst. # 2024081104 Pages: 12 of 13

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk



AUG 0 5 2024

Dean C. Logan
REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

☆ Certified Copy ☆

U240066973738



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**NOTICE OF JUDGMENT LIEN (JL 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U240066973738 |
| Date Filed: 8/22/2024 |

**Submitter Information:**

| | |
| --- | --- |
| Contact Name | Wilek Bey Emperor Asher |
| Organization Name | MOORISH SCIENCE TEMPLE OF AMERICA |
| Phone Number | (659) 262-0753 |
| Email Address | wilekbey@gmail.com |
| Address | 451 15TH CT NW CENTER POINT, AL 35215 |

**Judgment Debtor Information:**

| Judgment Debtor Name | Mailing Address |
| --- | --- |
| BRECKENRIDGE PROPERTY FUND 2016 LLC | 2015 Manhattan Beach Blvd Redondo Beach, CA 00000-0100 |

**Judgment Creditor Information:**

| Judgment Creditor Name | Mailing Address |
| --- | --- |
| Elzira Mae Thornton El | 1056 52nd Street Republic, Morocco Los Angeles, CA 90037 |

**Judgment Information:**

| | |
| --- | --- |
| A. Name of Court Where Judgment Was Entered | HOUSE OF BEY ASHER HIERARCHICAL COURT |
| B. Title of the Action | Supreme Injunction |
| C. Case Number | 23STUD12323 |
| D. Date Judgment Was Entered | 08/14/2024 |

| E. Date(s) of Subsequent Renewal of Judgment (if any) |
| --- |
| None Entered |

| | |
| --- | --- |
| F. Date of This Notice | 08/19/2024 |
| G. Amount Required to Satisfy Judgment at This Date of Notice | $341,600.00 |

All property subject to enforcement of a Money Judgment against the Judgment Debtor to which a Judgment Lien on personal property may attach under Section 697.530 of the Code of Civil Procedure is subject to this Judgment Lien.

**Declaration and Signature:**

**Declaration:**

**Organization Name:**

I am a representative of a Judgment Creditor Organization listed on the Judgment Lien.

MOORISH SCIENCE TEMPLE OF AMERICA

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Wilek Bey Emperor Asher*                                    08/22/2024

| Sign Here | Date |

Page 1 of 1

☆ Certified Copy ☆

65

B2986- 3607  08/22/2024  10:55 AM  Received by California Secretary of State

Jefferson County

I, the Undersigned, as Judge of Probate in and for said County, in said State, hereby certify that the foregoing is a full, true and correct copy of the instrument with the filing of same as appears of record in this office in vol. 2024 08 11 04 page _____

Given under my hand and official seal, this the 26 day of August , 2024.

Judge of Probate

K

*Annex 4*

## This page is part of your document - DO NOT DISCARD



# 20230078192



**Pages:**
**0010**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**02/07/23 AT 10:54AM**

| | |
|---|---|
| FEES: | 46.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 121.00 |



**L E A D S H E E T**



202302073300005

00023177105

013906539

**SEQ:**
**01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E492668

67

**RECORDING REQUESTED BY**
L.S.: Honorable Elzira Mae

**AND WHEN RECORDED MAIL TO**

EMT REVOCABLE LIVING TRUST
1056 West 52nd Street.
Los Angeles. California.
Near. [90037]



02/07/2023

*20230078192*

_____ SPACE ABOVE THIS LINE FOR RECORDER'S USE

## POWER OF ATTORNEY – GENERAL DURABLE POWER OF ATTORNEY

I, **ELZIRA MAE WILBURN f/k/a ELZIRA MAE THORNTON**, the undersigned 100 percent stock and equitable interest holder of: United States of America, having its chief executive office at: 1600 Pennsylvania Avenue NW, Washington D.C. 20500-0003 (the "Company") [See UCC 9-307(3)], with said interest being evidenced by Stock Certificate Number: **112-1959-6070007 (See Annex Schedule A)**, hereby **revoke _all_ prior powers of attorney** granted by me to the Company, and do hereby and make and appoint as my lawful attorney-in-fact for me, in my place, and in my stead: **EMT REVOCABLE LIVING TRUST**, located at: 1056 West 52nd Street. Los Angeles. California. Near. *[90037]* (the "Agent") to act for me in any lawful way with respect to all of the powers listed below:

(A) Real property transactions.

(B) Tangible personal property transactions.

(C) Stock and bond transactions.

(D) Commodity and option transactions.

(E) Banking and other financial institution transactions.

(F) Business operating transactions.

(G) Insurance and annuity transactions.

(H) Estate, trust, and other beneficiary transactions.

(I) Claims and litigation.

(J) Personal and family maintenance.

(K) Benefits from social security, medicare, medicaid, or other governmental programs, or military service.

68

(L) Retirement plan transactions.

(M) Tax matters.

My Agent is empowered further herein to:

1. Participate in Company's general meeting of the shareholders (General meeting).

2. Give and receive notices and communications.

3. Receive information and to make copies from the documents.

4. Vote and direct any public officers and employees of the Company at his own discretion on all issues, matters, and things which may be presented for action or consideration.

5. Elect and to be elected to the managing bodies or board of directors.

6. Alienate stocks or bonds, to transfer them as an unconditional pledge or in trust management.

7. Require redemption, exchange or substitution of the stocks or bonds.

8. Approve decisions on entering large transactions and liquidation.

9. Require revisions of financial and economic activity of the Company.

10. Request for liquidation of the Company.

11. Receive principal, interest and dividends, and direct the distribution thereof.

12. Receive all assets of the Company upon liquidation.

13. Sign, obtain and present any documents.

14. Make any statement on behalf of the Stockholder.

15. Carry out other actions and rights, stipulated by law or charter of the Company, related to the implementation of this Power of Attorney, in all respects that I could exercise if present in proper person.

This power of attorney will continue to be effective even though I may become disabled, incapacitated, or incompetent. I agree that any third party who receives a copy of this document may act under it. Revocation of this power of attorney is not effective as to a third party until the third party learns of the revocation.

General Durable Power of Attorney   Stock Num.: 112-1959-6070007   Page 2 of 3

6 9

I agree to indemnify the third party for any claims that arise against the third party
because of reliance on this power of attorney.

SIGNED this ___7ᵗʰ__ day of February, 2023 on the Soil of California.

**Official Authorized Seal(s) >>>>>>**          /s/ ELZIRA MAE WILBURN f/k/a
                                                ELZIRA MAE THORNTON, Principal
                                                without recourse to the undersigned

                                        By: _____

**In the Book of 2 Corinthians, Chapter 13, verse 1:**

**"In the mouth of two or three witnesses shall every word be established."**

| | | | |
|---|---|---|---|
| _____ | _01_ | _02_ | _2023_ |
| Witness's Autograph:. | Day: | Month:. | Year:. |
| _____ | _01_ | _02_ | _2023_ |
| Witness's Autograph:. | Day: | Month:. | Year:. |
| _____ | _01_ | _02_ | _2023_ |
| Witness's Autograph:. | Day: | Month:. | Year:. |

***************************

**County of** _____    )
                             ) ss.
**State of California**        )

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

Subscribed and affirmed by me, _____, a notary public, residing on
California on this ____ day of February in the year of 2023, by elzira mae, who proved to me
on the basis of satisfactory evidence to be the living woman who appeared before me.

_____, Notary Public

NOTARY SEAL:

*See attached
acknowledgment*

General Durable Power of Attorney   Stock Num.: 112-1959-6070007  Page 3 of 3

70

## CALIFORNIA ACKNOWLEDGMENT

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

On _2/1/2023_ before me, _Madeline Reynolds, Notary Public_
    Date                           Here Insert Name and Title of the Officer

personally appeared _ELZIRA MAE WILBURN_
                                     Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



MADELINE REYNOLDS
Notary Public - California
Los Angeles County
Commission # 2381097
My Comm. Expires Oct 31, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Madeline Reynolds_
                        Signature of Notary Public

Place Notary Seal and/or Stamp Above

---

### OPTIONAL

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

DURABLE POWER OF ATTORNEY

Title or Type of Document: _POWER OF ATTORNEY - GENERAL_

Document Date: _2/1/2023_         Number of Pages: _____

Signer(s) Other Than Named Above: _____

Capacity(ies) Claimed by Signer(s) _WILBURN_

| Signer's Name: _ELZIRA MAE_ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer – Title(s): | ☐ Corporate Officer – Title(s): |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual    ☐ Attorney in Fact | ☐ Individual    ☐ Attorney in Fact |
| ☐ Trustee    ☐ Guardian or Conservator | ☐ Trustee    ☐ Guardian or Conservator |
| ☐ Other: | ☐ Other: |
| Signer is Representing: | Signer is Representing: |

©2019 National Notary Association

# SCHEDULE A

RETURN ADDRESS

Honorable elzira mae thornton
1056 West 52nd Street
Los Angeles, California [90037

**Document Title(s)**

BIRTH CERTIFICATE

**Reference Number(s) of Related Documents**

Additional Reference #'s on page:

**Grantor(s)** (Last, First and Middle Initial)

STATE OF ILLINOIS

Additional Grantors on page:

**Grantee(s)** (Last, First and Middle Initial)

Elzira Mae Thornton

Additional Grantees on page:

**Legal Description** (abbreviated form: i.e. lot, block, plat or section, township, range, quarter/quarter)

State File # 112-1959 6070007

Additional legal is on page:

**Assessor's Property Tax Parcel/Account Number**

Additional parcel #'s on page:

The Auditor/Recorder will rely on the information provided on this form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

4965051
01/23/2023 08:38 AM   Birth Certificate
Thurston County Washington
ELZIRA MAE THORNTON

Pages: 4

72

# CERTIFICATION OF BIRTH RECORD

4965051 Page 2 of 4 01/23/2023 08:38 AM Thurston County WA

## IDPH DIVISION OF VITAL RECORDS

### SPRINGFIELD, ILLINOIS

### CERTIFICATE OF LIVE BIRTH

**DATE ISSUED**   9/28/2022

**STATE FILE NUMBER**
112-1959 6070007

| | |
|---|---|
| **CHILD'S NAME** ELZIRA MAE THORNTON | **DATE OF BIRTH** AUGUST 01, 1959 |

| **SEX** FEMALE | **CITY OR TOWN** CHICAGO | **COUNTY OF BIRTH** COOK | **TIME OF BIRTH** 05:42 AM |
|---|---|---|---|

**FACILITY NAME (If not institution, give street and number)**
COOK COUNTY HOSPITAL WARD 51

**MOTHER/PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:**
NELVINA MORMON

| **DATE OF BIRTH OR AGE AT TIME OF BIRTH** 18 | **BIRTHPLACE** MISSISSIPPI, UNITED STATES |
|---|---|

| **RESIDENCE OF MOTHER/PARENT'S - STATE** ILLINOIS | **COUNTY** COOK | **CITY OR TOWN** CHICAGO |
|---|---|---|

| **STREET AND NUMBER** 1947 SOUTH DAMEN | **APT. NO.** | **ZIP CODE** |
|---|---|---|

**FATHER/PARENT'S CURRENT LEGAL NAME:**
FERNANDUS THORNTON

| **DATE OF BIRTH OR AGE AT TIME OF BIRTH** 20 | **BIRTHPLACE** ILLINOIS, UNITED STATES |
|---|---|

**DATE FILED BY REGISTRAR**
AUGUST 03, 1959

ILLINOIS DEPARTMENT OF PUBLIC HEALTH - DIVISION OF VITAL RECORDS-SPRINGFIELD, ILLINOIS

1399445

This is to certify that this is a true and correct copy from the official birth record filed with the Illinois Department of Public Health.

*Sameer Vohra*

Sameer Vohra, MD, JD, MA
State Registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

73

THE WORD VOID APPEARS WHEN PHOTOCOPIED
HOLD UP TO LIGHT TO VERIFY TRUE WATERMARK





TO TEST FOR AUTHENTICITY: The face of this document has a multicolored background. Verification of some of these security features can be accomplished by:
- Holding the *Safetmage*™ security paper up to transit light, to verify the words "SAFE" and "VERIFY FIRST" in the true foreground watermark.
- Identifying visible blue and red fibers embedded in the paper.
- Applying fresh liquid bleach to activate color stain chemical protection reaction.
- Face of document has a full bleed blue border with ornate lines including reverse microtext.
- This backer copy is constructed of a full bleed microtext relief showing larger state seals. Inspection under magnifier shows "ILLINOISBIRTHCERTIFICATE" in microtext.
- Document is protected with tactile holographic seals. Hold to light to verify both.
      Left seal shows "ILLINOIS BIRTH CERTIFICATE" with tactile lines over printing seal.
      Right seal shows "LOCK-KEY-SAFE" flip imagery and guilloche tactile edges with "B" and "C" latent images.
- Inspect background with a magnifier to verify the encrypted NaNCopy™ algorithm in body of document.
- Photocopying this document produces the word "VOID" across the face.

U.S. Security Patents: 5,636,874, 7,772,248, 5,873,604, 5,704,651, 6,396,927, 6,865,406, 6,692,030; 7,196,822

www.isp-vft.com  Ref: 115805

74

**CALIFORNIA ACKNOWLEDGMENT**

CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _LOS Angeles_ }

On _Jan. 9, 2023_ before me, _D. M. Steel_
    Date              Here Insert Name and Title of the Officer

personally appeared _Elzira Mae Wilburn aka_
_Elzira Mae Thornton_
             Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



D. M. STEED
Notary Public - California
Los Angeles County
Commission # 2382062
My Comm. Expires Nov 7, 2025

Place Notary Seal and/or Stamp Above

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _D. M. Steel_
            Signature of Notary Public

──────────── OPTIONAL ────────────

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _Certificate of Birth_
Document Date: _9-28-2022_      Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _Elzira Wilburn_     Signer's Name: _____
☐ Corporate Officer – Title(s): _____    ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General    ☐ Partner – ☐ Limited ☐ General
☒ Individual    ☐ Attorney in Fact    ☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator    ☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____    ☐ Other: _____
Signer is Representing: _____    Signer is Representing: _____

©2018 National Notary Association

75

State of Washington }  SS.
County of Thurston }

I, Mary Hall, Thurston County Auditor, do hereby certify
that the foregoing instrument is a true and correct copy of the
document now on file or recorded in my office.
In witness whereof, I hereunto set my hand and official seal

this __23__ day of __January__ 20 23

Mary Hall, County Auditor

By _____ Deputy

76

77

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

FEB 0 7 2023

Dean C. Logan   REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

County Division Code: A1.039 Inst. # 2024060090 Pages: 1 of 2 I certify this instrument filed on: 6/27/2024 11:07 AM
Doc: NOTICE Judge of Probate Jefferson County, AL Rec: $19.00
Clerk: LSBHAM



### APOSTILLE
(convention de La Haye du 5 octobre 1961)



A202300091089
Authority: 2024022482

1.  Country: Morocco¹,MAR

    This public document

2.  Document autographed by Wilek[Abraham Bey]: Emperor Asher

3.  acting in the capacity of __Grand Sheik / Governor__

4.  bears the seal/stamp of __Moorish-American Nation__

### CERTIFIED

5.  at Morocco¹, MAR  6.  the 24 Day of June 2024

7.  by __Governor of State__

8.  No. __2024-4965051__

9.



10. Signature   4495014

File: 2019046686.7 HM-MB
HOUSE OF Bey Asher
National ID: 18-0216130
Wales Alabamu, Morocco
TXU-123-633, Bey / BEA





78

County Division Code: AL040 Inst. # 2024060090 Pages: 2 of 2

Convention de La Haye du 5 octobre 1961 ) BEY / EL File: 2019026043

IN THE MATTER OF:                    ) Amendment: 2024022482 / Our Authority

THE CHANGE OF NAME                   ) Certificate Of Existence: 2020128317

OF: ELZIRA MAE THORNTON              ) Charter: 2020128318 / Apostille: 2023-07153

TO: Elzira Mae Thornton El           ) Bey Emperor Asher, Grand Sheik & Governor

## DECREE CONFIRMING DECLARATION AS TO CHANGE NAME

This cause came on to be heard upon the Proclamation of a Nationality, Declaration of Status and birthright ties with the Moorish Nation. The Declaration for Change of Name of ELZIRA MAE THORNTON to Free National Title Elzira Mae Thornton El and "Beneficiary" in connection to the Moorish National Trust, designed by Prophet Noble Drew Ali; Adopted father of the Nations, 10105905, Having appeared in the Consul Chambers, the Grand Sheik/Governor/Ambassador thereof, of the Moslem Theocratic Islamism Temple, a Subordinate Temple Nation State to the Moorish Science Temple Of America under the Authority of Wilek [Abraham Bey];Emperor Asher. It is of my knowledge that all are entitled the right to Proclaim a Nationality and cannot be deprived right of changing a Nationality, as well as the right of Moorish People to use the Names affixes El, Bey or any other prefix of suffix, for it is their custom accordance with Divine Right, Religious Independence, and Inheritance. Divine Constitution of The Moorish Science Temple of America- Act 6. (HR 75) as reference to Moorish People in America, also HR 1203, 0689. National Constitution of America Republic 1774, and Treaty of Marrakesh, with due respect given by Prince Khabir Uriel Bai, reference (Allut Laudibus Effere). Race: Asiatic 463 Nationality: Moorish American, Status: Free white person. The declared Free National name of Elzira Mae Thornton El has been accepted by this Consul Chambers and all others. It is ORDERED and DECREED by the Consul that ELZIRA MAE THORNTON be hereafter known by the Free National name of Elzira Mae Thornton El, along with the sealing of all previous cases and expungement of all records in the NAME of: ELZIRA MAE THORNTON, 10-105905 vaste Estate Prophet Noble Drew Ali, form 1099, Our Authority, Ecclesiastical Grand Body......By mandate Ali is most exalted, and none other than the man TOUCHED BY THE Prophets judicial seat shall deem the worthy...for thine deeds must be pure at heart when he wears and bearer there of. Lawful Change of Name, Nationality, and Status: Moorish American. Beylam: 4495014 / Moslem Theocratic Government. Moorish Science Temple of America, Moorish Divine & National Movement: The Grand Body, Act done at SPRINGFIELD, Seat of Government (Reitzdeig), County of Sangamon under Talismanic SA Regnum as attachment to Consulti Weboe SA Regnim, let the Continental Record reflect (Animaes continens recrepo), Diplomatis Civitatus: 2022004685, Zodiac Magna Carta: 2022015632. 42 USC 12203, 18 USC 1203, 8 USC: Nationality & Citizenship, (Do Not Stop or Detain), Apostille: 2024-4965051. June 24, 2024.



Wilek Abraham Bey Emperor Asher; Lord Judah Hamu Ra Ali, being of the Highest grade of Ecclesiastical Officers: a Lord God; and Chief Justice of The Republic. A Grand Sheik/Ambassador/Governor and Minister Plenipotentiary of The Moorish Empire, I certify with closing seals verification of the same individual as one having a Nationality; Moorish American and being a Moorish League Member, I certify this Court Order Decree of Name Change & Status Correction, for said Moorish-American Free White Person identified. Public Law 94-241 sec 302, 22 Chapter 2 section 141-143, Fortieth Congress Session 2: Chapter 249 & 250, 1868. Zodiac Magna Carta for all Moors, Magna Carta 1215 for all CHRISTIANS as we the Beys are indeed the Barons as attached Ole Aryan Bey of the Soil.

79

Jefferson County

I, the Undersigned, as Judge of Probate in and for said County, in said State, hereby certify that the foregoing is a full, true and correct copy of the instrument with the filing of same as appears of record in this office in Inst. # 20240060090

Given under my hand and official seal, this the 27th day of June , 2024

Judge of Probate

80

# MERS Analysis Report
## for
# Elzira M. Wilburn
1056 West 52ND Street, Los Angeles CA 90037

81

## Table of Contents

| Section Title | Page |
|---|---|
| MERS Screenshot | 3 |
| MERS License Fraud Analysis | 4-11 |
| Mortgage Note Considerations | 12 |
| UCC Excerpt Analysis | 13 |

8 2

## MERS Screenshot

1



83

## MERS Analysis

Mers & The Debt

MERS does record the assignment in the actual real property records system. The actual note itself, is the creation of the legal obligation to have the loan/note repaid for the debt. Thus the note is the actual legal document which backs the debt. The debt itself has not been transferred or negotiated by MERS

- MERS does record the assignment in the actual real property records system. The actual note itself, is the creation of the legal obligation to have the loan/note repaid for the debt. Thus the note is the actual legal document which backs the debt. The debt itself has not been transferred or negotiated by MERS

- MERS is not legally entitled to receive monthly payments from the borrower. MERS cannot legally be entitled to benefit from a foreclosure in any sale of the home in a foreclosure sale.

- MERS does not own the mortgage note, thus it cannot attempt to foreclose.

- MERS cannot have any legal claim or interest in the loan interest, the debt, security instrument which MERS serves as a nominee.

### MERS & Securitization

Mortgage Electronic Registration System (MERS) has been named the beneficiary for this loan. MERS was created to reduce in need of executing and recording of assignment of mortgages, with the idea that MERS would be the mortgagee of record. This would allow "MERS" to foreclose on the property, and at the same time, it would assist the lenders in avoiding the recording of the Assignments of Beneficiary on loans sold. This helped to save money for the lenders in manpower and helped to reduce the costs of recording these notes. It was also designed to "shield" investors from liability as a result of lender misconduct regarding the process of mortgage lending. MERS is imposed to overcome certain laws and other legal requirements dealing with mortgage loans holding an "artificial" entity. Because of designating certain member employees to be MERS corporate officers, the foreclosing agency and MERS "designated officer" has a conflict of interest. MERS and the servicer both have not a beneficial interest in the note even they don't receive the income from the payments. And actually the service employee can't sign the Assignment in the name of MERS because the Assignment execution of MERS employee is illegal. The new party has not executed the Assignment from the actual owner of the note. An assignment will result in a nullity because of a mortgage in the absences of the assignment and physical delivery of the note. It must also bear in mind that the lender or other holder of the note registers the loan on MERS. Thereafter, all sales or assignments of the mortgage loan are accomplished electronically under the

84

MERS system. MERS never acquires actual physical possession of the mortgage note, nor do they acquire any beneficial interest in the Note.

From the beginning MERS has indicated numerous violations of Unfair and Deceptive Acts and Practices because of conflicting nature and identity of the servicer and the beneficiary. As these practices were intentionally designed, it misleads the borrower and benefits the lenders.

So the main point becomes, is MERS the Servicer or the foreclosing party? As the Servicer is the party who initiate the foreclosure and they take the documents to their own employee who are designated as a "Corporate Officer of MERS", and who conveniently signs the document for MERS, aren't they the "foreclosing party"?

Is MERS the Beneficial Owner of the Note?

1.      MERS is named after the beneficiary on the Deed of Trust and holding only legal title to the interest granted by Borrower in this Security Instrument...has the right: to exercise any or all of those interest, including, but not limited to, releasing and canceling this security instrument.

2.      MERS can claim to hold the Note but it has not any actual possession of the Note

3.      MERS don't get any payments or income from the monthly payments. Ultimate Investor gets this money. The Investor has the beneficial interest in the Note because the Investor receiving the payments.

4.      MERS agreement indicates that MERS will comply with the instructions of the holder of mortgage loan promissory notes at all time. It also indicates that "When the beneficial owner will not give contrary instructions , MER may depends on instructions from the servicer shown on the MERS system in accordance with these rules and the procedures with respect to transfers of beneficial ownership.

5.      MERS is not the beneficial owner of the note that has been testified in Florida Courts.

Assignment of Beneficiary

MERS does not keep the record of the assignment of beneficiary though it is required by law, until the foreclosure process starts and the Notice of Default has been filed, and apparently, only when it appears that the borrower will not be able to reinstate the loan and then foreclosure is inevitable. It maintains itself as the beneficiary throughout the entire process up to foreclosure.

MERS has represented in Florida Courts that its sole purpose is as a system to track mortgages. It has stated that the lenders and servicers do entry for themselves and it does not do the entries itself, but. When an Assignment of Beneficiary is executed, it is the member servicer or lender that goes to the website, downloads the necessary forms, completes the forms and then takes it to the designated "MERS officer" to sign.

MERS agreements state that MERS and the Member agree that: (i) the MERS System is not a vehicle for creating or transferring beneficial interest in mortgage loans, (ii) transfer of servicing interests reflecting on MERS System are subject to the consent of the beneficial owner.

Since MERS and the servicer both haven't a beneficial interest in the note, they don't receive the income from the payments, and since it is actually an employee of the servicer signing the Assignment in the name of MERS, this begs the question:

Is the assignment executed by the MERS employee even legal, since the actual owner of the note has not executed the assignment to the new party?

A good indicator might be in Sobel v Mutual Development, Inc, 313 So 2d 77 (1st DCA Fla 1975). An assignment of a mortgage in the absence of the assignment and physical delivery of the note in question is a nullity.

Possession of the Note & Holder in Due Course

Coming to the forefront, possession of the Note is a key argument. The foreclosing entity has to

85

prove possession and ownership of the original Note in order to foreclose. A survey reported that upwards of 40% of the Notes are missing and cannot be found that's why this comes to the forefront. And MERS is once again involved in this.

MERS foreclosure lawsuits often include a Lost, Missing, or Destroyed Affidavit In Judicial Foreclosure states. The Note cannot be found, and that the Note prior to being lost was in the possession of MERS which was "testified" by this affidavit. This has become very problematic for MERS,As they have admitted in Courts that they do not own the Note or even hold the Note. If this is so, then MERS is likely filing fraudulent Affidavits.

When challenged, one defense that MERS uses to support its "legal standing" is that the servicer has possession of the Note and Deed. MERS, by the act of having its own "Officers" as employees of the servicer, entitles it to foreclose on behalf of the servicer and the beneficiary. When confronted with this defense, the response should be for the servicer to produce the note.

It should also be noted that the lender or other holder of the note registers the loan on MERS. Then, under the MERS system all sales or assignments of the mortgage loan are accomplished electronically. MERS never acquires actual physical possession of the mortgage note, and they don't acquire any beneficial interest in the Note.

Securitization Process

Securitization is the name for the process by which the final investor for the loan ended up with the loan. It entailed the following:

1.      Mortgage broker had client who needed a loan and delivered the loan package to the lender.

2.      The lender approved the loan and funded it. This was usually through "warehouse" lines of credit. The lender most of the times used warehouse line instead using their own money and that had been advanced to the lender by major Wall Street firms like J.P. Morgan.

3.      The lender "sold" the loan to the Wall Street lender, earning from 2.5 - 8 points per loan. This entity is known also as the mortgage aggregator.

4. The loan, and thousands like it, are sold together to an investment banker.

5. Securities banker buys loans from Investment banker

6.      Securities banker sells the loans to the final investors, as a Securitized Instrument, where a Trustee is named for the investors, and the Trustee will administer all bookkeeping and disbursement of funds.

7.      The issue with the securitization process is that when the Securitized Instrument was sold, it was split apart and sold in tranches, (in slices like a pie). There were few or no records kept of which notes went into which trancheand there are no records of how many investors bought into each particular tranche. Additionally, there were no

Assignments designed or signed in anticipation of establishing legal standing to foreclose.

8.      Rating Agencies rated the tranches at the request of the Investment Bankers who paid the Rating Agencies.

9.      When the tranches were created, each "slice" was given a rating, "AAA, AA, A, BBB, BB, etc. which tranche got "paid" first out of the monthly proceeds determined the ratings. If significant numbers of loans missed payments, or went into default, then the AAA tranche would receive all money due, and this went on down the line. The bottom tranches with the most risk would receive the leftover money.

These were the first tranches to fail. Even if the defaulting loans were in the AAA tranche, the AAA tranche would still be paid and the lowest tranche would not. Wall Street, after the 2000 Dot.com crash, had large amounts of money sitting on the sidelines, looking for new investment opportunities. Returns on Investments were dismal, and investors were looking for new

86

opportunities. Wall Street recognized that creating Special Investment Vehicles offered a new investment tool that could generate large commissions.

Other Pertinent Facts of Securitization

1.      In Wall Street pooling agreements they defined in the agreements that the loans that they would accept for each investment vehicle. The lenders were executed agreements by them, with the lenders and then immediately issued warehouse lines of credit to the lenders.

2.      Lenders then informed brokers to know the loan parameters to meet the pooling agreement guidelines and the brokers went out and found the borrowers.

3.      Wall Street took all the loans, packaged them up and sold them as bonds and other security instruments to other investors, i.e. Joe's Pension, and paid off original investors or reissued new line of credit, and earned commissions on both ends.

4.      The process was repeated time and again.

5.      What we do know now is that in most cases, the reality is that the reported lender on the Deed of Trust was NOT the actual lender. The actual lender who lent the money was the Wall Street Investment Bank. They simply rented the license of the lender, so that they would not run afoul of banking regulations and/or avoid liability and tax issues. For all purposes, Wall Street was the true lender and there are arguments that suggest that Disclosures should have been required naming Wall Street as the lender.

Now it can be easier to understand how possession of the Note and ownership of the Note play a vital role. In most cases, which tranche will contain any particular note, it is unknown. And will not it be known how many investors, and who bought the individual tranches without significant and time-consuming investigation.

Hence, any foreclosure that was securitized may be completely unlawful. Without the "True Owners" of the note stepping forward to demand foreclosure,


Assignee Liability

Assignee liability is another issue being contested. Under TILA and RESPA, If on the face of the loan documents gives evident that there are violations of the statutes, then assignees have a significant liability when they assume the loan. Moreover, the question arises as to if assignee liability can be claimed only if there are no violations on the face of the documents.

It is believed that MERS became the "beneficiary" for so many notes to address the Assignee Liability problem. Since MERS works as the beneficiary, and it doesn't keep the record of assignments, it becomes more difficult to determine assignee liability and holder in due course issues.

This could offer "cover" for all the parties who are participating in the Securitization process, since no there were recorded of Assignments and "proof of ownership" of the note could not be easily determined. Tracking the monthly payments made to the investors, determining which party received the monthly payment will be the only way to determined ownership of the Notes. This would be time consuming and likely only Discovery would prove the process necessary to get this information.

In Cazares v Pacific Shore Funding, CD. Cal. Jan 3, 2006, assignee that actively participated in original lender's act and dictated loan terms may be liable under UDAP.

The question then arises as to assignments further down the "chain of title". Under these circumstances, to attack the lenders, the UDAP codes can be utilized. The contracts can be "voided or rescinded for showing fraud and other causes of action, " common law and UDAP codes, especially CA B&P § 17200, and CA Civil Code §1689, which allows for contract rescission.

87

Litigation and major legal decisions

Mortgage Electronic Registration Systems, Inc. v. Lisa Marie Chong, et al. (United States District
Court, District of Nevada)

On December 4, 2009, Judge Dawson found that "MERS provided no evidence that it was the agent
or nominee for the current owner of the beneficial interest in the note, it has failed to meet its
burden of establishing that it is a real party in interest with standing." He issued his decision in 5 of
the 18 cases (In re Chong, In re Pilatich, In re Cortes, In Re Medina and In re O'Dell) on appeal but
declined to hold that "MERS would not be able to establish itself as a real party in interest had it
identified the holder of the note or provided sufficient evidence of the source of its authority."[17]

Cervantes v. Countrywide Home Loans Inc. (United States District Court, District of Arizona)

On September 24, 2009, the U.S. District Court for the District of Arizona, in Cervantes v.
Countrywide Home Loans, Inc., et al., dismissed all federal and state law claims made by three
borrowers in a complaint filed against a group of defendants that included MERS. The court
discussed whether MERS was a proper beneficiary but only in the context of whether its
involvement constituted the tort of fraud on the borrowers. The court found the mere use of MERS
was not common law fraud on the borrowers, finding that "Plaintiffs have failed to allege what
effect, if any, listing the MERS system as a 'sham' beneficiary on the deed of trust had upon their
obligations as borrowers."[18]

The U.S. Court of Appeals for the Ninth Circuit affirmed the trial court's judgment in favor of MERS in
a published opinion filed on September 7, 2011.[19] The Court ruled that a borrower had no basis to
challenge the standing of an entity like MERS. It also, however, drew attention to a legal reference
book's footnote that such a borrower still had a remedy by suing to have the trustee's sale set aside.

Mortgage Electronic Registration Systems, Inc. v. Revoredo, et al. (Florida Third District Court of
Appeals)

Both the 3rd District Court of Appeals in Miami and the 2nd District Court of Appeals in Lakeland
held that MERS can foreclose. Senior Judge Alan R. Schwartz noted the decision was based in part in
the changes in finance and technology over time. "The problem arises from the difficulty of
attempting to shoehorn a modern innovative instrument of commerce into nomenclature and legal
categories which stem essentially from the medieval English land law," Schwartz wrote.[20]

A related Florida case is BONY Mellon v. Pino. After homeowner Pino had established that bank
paperwork was defective, BONY moved to dismiss its own suit, presumably intending to remedy the
paperwork and then start a second suit for foreclosure, Florida being a judicial foreclosure state.
Pino challenged the bank's right to dismiss its own suit in such a way. As the case neared a hearing
at the Florida supreme court, the parties settled. Days later the bank recorded notice at the country
recorder that Pino was now the free and clear owner of his house. In other words, the bank let go of
its claim, presumably worth many thousands of dollars, to Pino's house, because bank attorneys
believed they were likely to lose at the state supreme court, and thus establish a precedent that
could cost them a lot of money. Avoiding the precedent was worth more than the lost money lent to
Pino. In spite of the bank's action, the court decided to hear the matter to rule on the propriety of
the banks "dismiss-fix-sue again" approach. (Brittany Davis, Miami Herald blog, May 10, 2012)

Jewelean Jackson, et. al. v. Mortgage Electronic Registration Systems, Inc. (Minnesota Supreme
Court)

On August 14, 2009, the Minnesota Supreme Court ruled that MERS could foreclose under state law
as the mortgagee of record.[21]

A class-action lawsuit was filed by homeowners in Delaware to hold MERS responsible for fraudulent
fees on foreclosures filed by MERS.[22]

Homeowners have argued in court that their homes could not be foreclosed because MERS deeds of
trust were unlawful.[23] In other cases, state appellate courts have held that MERS is permitted to

foreclose mortgage liens when it is the holder of the note and mortgage.

Landmark Nat'l Bank v. Kesler (Kansas Supreme Court)

On August 28, 2009, the Kansas Supreme Court in Landmark National Bank v. Kesler, 2009 Kan. LEXIS 834 (Aug 28, 2009), issued a decision involving MERS that focused on finality of judgments. MERS's involvement with this case arose from the fact that the company did not receive notice of a foreclosure action even though MERS was the mortgagee of record on a junior lien. In the opinion, the court noted that "[e]ven if MERS was technically entitled to notice and service in the initial foreclosure action—an issue that we do not decide at this time—we are not compelled to conclude that the trial court abused its discretion in denying the motions to vacate default judgment and require joinder of MERS…." The case did not affect MERS's standing to foreclose and the company is entitled to receive notice of legal actions when MERS is the mortgagee.[24] The court concluded that MERS had not publicly recorded the chain of title with the relevant registers of deeds in counties across Kansas. The judges determined that a mortgage contract consists of two documents: a deed of trust (which secures the property as collateral) and the promissory note (which indents the borrower to the lender), and determined that "in the event that the mortgage loan somehow separates interests of the note and the deed of trust… with the deed of trust lying with some independent entity… the mortgage may become unenforceable."[25]

On April 30, 2010, a Kansas appellate court in MERS, Inc. v. Graham, 44 Kan. App. 2d 547, 2010 WL 1873567, at **4-**5, interpreted Kesler to mean that MERS in fact does not have standing to foreclose on a mortgage in Kansas where there is no mention of MERS in the promissory note, MERS acts solely as a "nominee" for the lender, and there is no evidence that the promissory note has been assigned to MERS or that MERS otherwise possesses an interest in the promissory note.

MERSCORP, Inc., RESPA Litigation (United States Court of Appeals for the Fifth Circuit)

In 2008, the United States Court of Appeals for the Fifth Circuit dismissed a multi-district class action lawsuit against MERS. The plaintiffs alleged that a small fee charged by mortgage lenders, which was then paid to MERS, violated provisions in the Real Estate Settlement Procedures Act (RESPA). The plaintiffs also argued that MERS unfairly received business referrals from the mortgage lenders. However, the Circuit Judges held that "In exchange for the fee, MERS performed the service of being the permanent record mortgagee in the public land records…" Plaintiffs' complaint was dismissed by the appellate court for failure to state a claim under RESPA.[26]

District of Columbia Attorney General's Enforcement Statement

On October 27, 2010, DC Attorney General Peter Nickels issued a statement which concludes that "a foreclosuring may not be commenced against a D.C. homeowner unless the security interest of the current noteholder is properly supported by public filings with the District's Recorder of Deeds."[27] So in Nickels' view, subsequent transfers of the mortgage on MERS's records will not count unless they were also recorded in D.C.

Gomes v. Countrywide Home Loans (California Court of Appeal for the Fourth Appellate District, Division One)

On February 18, 2011, the California Court of Appeal for the Fourth Appellate District affirmed the sustaining of a demurrer without leave to amend. In an opinion by Justice Joan Irion, the court ruled in favor of MERS in two ways: (1) California's nonjudicial foreclosure statutes did not expressly or impliedly allow a lawsuit simply to determine whether the party initiating a foreclosure was authorized to do so; and (2) even if they did, the plaintiff consented to the use of MERS to initiate the foreclosure when he signed the deed of trust.[28] Gomes expressly cited to and relied upon the state supreme court's 2010 decision in Lu v. Hawaiian Gardens Casino, Inc.,[29] which clarified that a certain conservative method of statutory analysis (first articulated by Associate Justice Frank K. Richardson in 1979 and adopted by a majority of the court in a 1988 opinion by Chief Justice Malcolm M. Lucas) applies to all California statutes, not just the California Insurance Code. Thus, if

*8 9*

the California Legislature has not expressly written a cause of action into a statute, it simply does not exist. The Supreme Court of California denied Gomes's petition for review on May 18, 2011. Gomes' attorney then filed a petition for writ of certiorari in the U.S. Supreme Court in which he attempted to challenge MERS on vaguely articulated due process federal constitutional grounds not previously raised in the lower courts. However, he failed to challenge the constitutionality of the California rule for finding an implied cause of action, which would likely have failed anyway, as the federal rule for finding an implied cause of action is nearly identical. The high court denied the petition on October 11, 2011.

In re Agard (U.S. Bankruptcy Court, Eastern District of New York)

On February 10, 2011, the U.S. Bankruptcy Court for the Eastern District of New York considered a motion for relief from the bankruptcy stay brought by U.S. Bank as the trustee of a securitization trust. U.S. Bank claimed the right to foreclose on the debtor's mortgage in part because of purported assignment of the mortgage from MERS. The court found itself constrained by the Rooker-Feldman doctrine to give effect to a prior state-court judgment of foreclosure, but went on to consider several arguments MERS advanced about its legal status and authority, noting that it had held off on deciding dozens of additional cases until those matters were clarified. The court found that MERS had no power as an agent to assign the mortgage under its rules, its membership agreement, or the terms of the mortgage itself. The court also found that MERS had no power as the mortgagee of record to assign the mortgage: "MERS's position that that it can be both the mortgagee and an agent of the mortgagee is absurd, at best."

The court observed,

MERS and its partners made the decision to create and operate under a business model that was designed large part to avoid the requirements of the traditional mortgage recording process. The Court does not accept the argument that because MERS may be involved with 50% of all residential mortgages in the country, that is reason enough for this Court to turn a blind eye to the fact that this process does not comply with the law.[30]

Residential Funding v. Saurman (Michigan Supreme Court)

In April 2011, in Residential Funding v. Saurman, the Michigan Court of Appeals decided two consolidated cases holding that MERS did not have standing to foreclose non-judicially pursuant to MCL 600.3204(1)(d) because it did not actually own any interest in the debt.[31] The Michigan Supreme Court reversed the decision in an order November 16, 2011, finding that MERS is the owner of an interest in the mortgage because "[MERS'] contractual obligations as mortgagee were dependent upon whether the mortgagor met the obligation to pay the indebtedness which the mortgage secured." However, the court clarified that MERS's status as an "owner of an interest in the indebtedness" does not equate to an ownership interest in the note."

On November 16, 2011, the Michigan Supreme Court, understanding the urgency and potential fallout of this matter, issued a peremptory order, in lieu of granting the appeal, and reversed the Court of Appeals judgment. (Residential Funding Co, LLC v Saurman, 2011 WL 5588929 (Mich, November 1, 2011). The court agreed with the dissenting Court of Appeals opinion, "pursuant to MCL 600.3204(1)(d), Mortgage Electronic Registration System (MERS) is the 'owner . . . of an interest in the indebtedness secured by the mortgage at issue in each of these consolidated cases' because '[MERS] contractual obligations as the mortgagee were dependent upon whether the mortgagor met the obligation to pay the indebtedness which the mortgage secured.'" The Court clarified that "MERS status as an 'owner of an interest in the indebtedness' does not equate to an ownership interest in the note. Rather, as a record-holder of the mortgage, MERS owned a security lien on the property, the continued existence of which was contingent upon the satisfaction of the indebtedness." This interest in the indebtedness . . . authorized MERS to foreclosure by advertisement under MCL 600.3204(1)(d)." (emphasis added).

90

The court's interpreted MCL 600.3204(1) as inclusive rather than exclusive. The court held those with an "interest in the indebtedness" includes mortgagees of record (such as MERS) and constitutes a category of parties entitled to foreclose by advertisement, along with those who "own the indebtedness" and those who "act as the servicing agent of the mortgage."

Calvo v. HSBC (Court of Appeals of California, Second District, Division Eight)

On September 12, 2011, the California Court of Appeal for the Second District said the complaint (an alleged violation of Section 2932.5 of the California Code which requires the assignee of a mortgagee to record an assignment before exercising a power to sell real property) was irrelevant as it applied only to mortgages, not to deeds of trust.[32]

Robinson v. Countrywide (Court of Appeals of California, Fourth District)

On September 12, the Fourth District Court citing its own May decision in Gomes v. Countrywide, stated that "the statutory scheme...does not provide for a preemptive suit challenging standing. Consequently, plaintiffs' claims for damages for wrongful initiation of foreclosure and for declaratory relief based on plaintiffs' interpretation of section 2924, subdivision (a), do not state a cause of action as a matter of law."[33]

Bain vs. Metropolitan Mortgage Group, Inc. (Washington Supreme Court)

In March 2012, Kristin Bain of Tukwila, WA filed suit against MERS (and a subsidiary) for foreclosing on her house without even disclosing the actual owner of her mortgage.[34]

In August 2012, the Washington Supreme Court ruled with Bain, saying that MERS was not a lawful beneficiary of her deed and did not have the right to appoint trustees. The decision states: "A plain reading of the statute leads us to conclude that only the actual holder of the promissory note or other instrument evidencing the obligation may be a beneficiary with the power to appoint a trustee to proceed with a nonjudicial foreclosure on real property. Simply put, if MERS does not hold the note, it is not a lawful beneficiary".[35]

Electronic signatures and notarizations

Because the MERS system is electronic, it depends on the electronic storage and transmission of legal documents. On the question of notarization of electronic signatures and the honoring of notarized signatures across state lines, the US House of Representatives had passed bills to legalize these steps, and in 2010 the US Senate passed the legislation without debate. However, President Barack Obama publicly opposed the legislation on October 7, 2010. As a result, the bill died, and state laws govern whether electronic signatures can be notarized or whether a notarized signature in one state must be accepted in another.[36]

Controversy

MERS generated much debate, controversy, and criticism among litigators and academics in "some of the most widely read law review articles of the past few years."[37] Dustin A. Zacks,[38] for example, criticized MERS for taking directly inconsistent positions in various courts around the country.[39] Zacks' article found favor with the Bain Court which cited him for the proposition that "MERS's officers often issue assignments without verifying the underlying information, which has resulted in incorrect or fraudulent transfers."[40] Professor Christopher Peterson[41] has similarly argued that MERS is disengenuous in simultaneously claiming to be the mortgagee and the nominee/agent of the lender or trustee.[42] Peterson likened this alleged duplicity to being akin to the two-faced Roman God Janus,[43] while Zacks compared MERS to a "creature more akin to a many-tentacled squid."[44] Peterson's articles on MERS,[45] which also criticize MERS for its allegedly harmful effect on the integrity and transparency of public recording, have been cited by countless anti-MERS litigants[46] and in decisions both adverse and favorable to MERS.[47]

Other academics have criticized MERS on the grounds that its nominal ownership of millions of home loans poses a disastrous risk for mortgage investors should MERS ever declare bankruptcy. Such a bankruptcy could mean that mortgages would "pass into the company's bankruptcy estate

91

and become available to satisfy creditors' claims."[48] One law professor even suggested scrapping the MERS system entirely, replacing it with an entirely new national recording system.[49]

## Mortgage Note Considerations

Since MERS is connected to this mortgage. Considering all of the fraud involved with MERS, this important points/consideration must be considered.

- Original Note has been lost or destroyed
- Note and Deed of Trust have been separated
- MERS fraud involved with this loan
- The right party to foreclosure must have original note, as well as deed of trust to foreclosure, in this case no one entity does. Thus foreclosing on this property is completely fraudulent.

According to the landmark case, Glaski Vs. Bank of America. The case was determined that in order for a company/financial entity to foreclose on a property, the company/financial entity must have both the mortgage note and the deed of trust together at the time of foreclosure. On this specific loan this is not the case, and the foreclosing entity does not have bot the original mortgage note, nor the deed of trust. Hence the conclusion is that they cannot foreclose.

92

# UCC Excerpt Analysis

According to the UCC below, there could be issues here of proper "assignmee" of the note which is the document of the loan. Thus the assignee or the ones being assigned to possibly cannot enforce the note, and furthermore seeing the MIN MERS number mentioned on the mortgage contract , one can clearly see its "inactive". Which could mean the contract has issues.

"23  o Under what circumstances does delivery of a note qualify as an exchange? As mentioned in UCC Section 3-203(a), a note is transferred "if it is delivered by a person apart from its issuer for the purpose of giving to the person receiving delivery the right to enforce the instrument." For instance, assume that the payee of a note sells it to an assignee, going to transfer all of the payee's rights to the note, but delivers the note to the assignee without indorsing it. The assignee won't qualify as a holder (because the note continues to be payable to the payee) but, because the transaction between the payee and the assignee qualifies as an exchange, the assignee now has all of the payee's rights to enforce the note and thereby qualifies as the person eligible for enforce it. Thus, the failure to acquire the endorsement of the payee doesn't prevent a person in possession of the note from being the person eligible for enforce it, but demonstrating that status is more difficult. The reason being the person in possession of the note must also demonstrate the purpose of the delivery of the note to it to be able to qualify as the person eligible for enforce."

93

COUNTY OF LOS ANGELES

**SHERIFF'S DEPARTMENT**

COURT SERVICES DIVISION

# NOTICE TO VACATE

CASE NUMBER: 22STUD12323

**TO:** Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor.

By virtue of a **Writ of Possession of Real Property,** a copy of which is attached,

**YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THIS WRIT NOT LATER THAN:** _____ 4/12 , 20 24 .

ROBERT G. LUNA, SHERIFF

SHERIFF'S BRANCH (Name, Address and Telephone Number)

☐

SHERIFF'S DEPT.
CIVIL MANAGEMENT BUREAU
1 REGENT ST #122
INGLEWOOD, CA 90301

By: _____
                    Deputy

Date: 4/11/24

☐

☐

76N654E SH-CI-52 (REV. 12/22)

NOTICE TO VACATE

94

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|
| NAME: Sam Chandra SBN 203942          (626) 305-0555 | |
| FIRM NAME:    Law Offices of Sam Chandra, APC | |
| STREET ADDRESS:  710 S. Myrtle Ave. # 600 | |
| CITY:  Monrovia    STATE: CA    ZIP CODE: 91016 | |
| TELEPHONE NO.:              FAX NO.: | |
| EMAIL ADDRESS: Fax@Chandra-Law.com | |
| ATTORNEY FOR (name): Breckenridge Property Fund 2016, LLC | |
| [X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS:  111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE:  Los Angeles, CA 90012
BRANCH NAME:  CENTRAL DISTRICT

| PLAINTIFF/PETITIONER: Breckenridge Property Fund 2016, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Elzira M Wilburn, et al | 23STUD12323 |

| [ ] EXECUTION (Money Judgment) | [X] Limited Civil Case (including Small Claims) |
|---|---|
| WRIT OF [X] POSSESSION OF  [ ] Personal Property | |
| [ ] SALE  [X] Real Property | [ ] Unlimited Civil Case (including Family and Probate) |

1. To the Sheriff or Marshal of the County of: LOS ANGELES
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Breckenridge Property Fund 2016, LLC
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.

4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   Elzira M Wilburn

   1056 West 52nd Street
   Los Angeles, CA 90037

   [ ] Additional judgment debtors on next page

5. Judgment entered on (date): 03/05/24
   (See type of judgment in item 22.)
6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [X] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.
    For items 11–17, see form MC-012 and form MC-013-INFO.
11. Total judgment (as entered or renewed)               $
12. Costs after judgment (CCP 685.090)        $ possession only
13. Subtotal (add 11 and 12)                             $
14. Credits to principal (after credit to interest)      $
15. Principal remaining due (subtract 14 from 13) $
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees)  $
17. Fee for issuance of writ (per GC 70626(a)(l))  $ 40.00
18. Total amount due (add 15, 16, and 17)          $ 40.00
19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . .  $ 0.00
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . .  $ 0.00

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

David W. Slayton, Executive Officer/Clerk of Court
                                                    B. Portier
Date:  03/12/2024       Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

Electronically Received 03/11/2024 01:46 PM

95

EJ-130

| Plaintiff/Petitioner: Breckenridge Property Fund 2016, LLC | CASE NUMBER: 23STUD12323 |
|---|---|
| Defendant/Respondent: Elzira M Wilburn, et al | |

25. b. ☐ Possession of personal property.

　　　　☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

　　c. ☐ Sale of personal property.

　　d. ☐ Sale of real property.

　　e. The property is described ☒ below ☐ on Attachment 25e.

the premises located at:

1056 West 52nd Street, Los Angeles, CA 90037, County of LOS ANGELES

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

96